## UNITED STATES DISTRICT COURT
## BOSTON,  MASSACHUSETTS

TIAX, LLC
ANINDYA BORAL, and
JAYATI BORAL
Plaintiffs,

04 ~ 1 2 5 3 0  NG

MAGISTRATE JUDGE _____

v.

TOM RIDGE, as Secretary of Department of
Homeland Security;
EDUARDO AGUIRRE, JR.as Director of United States
Citizenship and Immigration Services (US CIS);
SANDRA T. BUSHEY, Acting Director of
Vermont Service Center of USCIS;
DEPARTMENT OF HOMELAND   SECURITY;
and ALL UNKNOWN GOVERNMENT AGENCIES
INVOLVED IN SECURITY CHECKS
FOR H-1B  APPLICANTS
Defendants

CIVIL ACTION FILE NO.

EMERGENCY
COMPLAINT FOR
DECLARATORY
RELIEF IN THE NATURE
OF
MANDAMUS

RECEIPT # _____
AMOUNT $ _____
SUMMONS ISSUED Yes
LOCAL RULE 4.1 _____
WAIVER FORM _____
MCF ISSUED _____
BY DPTY. CLK _____
DATE _____

I.
INTRODUCTION

1.    This is an individual action for declaratory and mandatory relief, authorized by the
Declaratory Judgment Act, 28 USC Section 2201 and 28 USC Section 1361, and the Administrative
Procedure Act, 5 USC Section 551 et seq. This action challenges the Defendants' failure to adjudicate
the H-1B petition and application for extension of stay which the Plaintiffs filed March 1, 2004.

II.
JURISDICTION

2.    This Court has jurisdiction over the present action pursuant to 28 USC Section 1331,
Federal Question Jurisdiction; and 28 USC Section 2201, the Declaratory Judgment Act; 5 USC
Section 702, the Administrative Procedures Act; 28 USC Section 1361, regarding an action to
compel an officer of the United States to perform his duty.

III.
VENUE

3.    28 USC Section 1391(e), as amended, provides that in a civil action in which each
defendant is an officer or employee of the United States or any agency thereof acting in his official
capacity, the action may be brought in any judicial district in which the Plaintiff or a Defendant in the

action resides. Plaintiff, TIAX LLC, is a business located at 15 Acorn Park in Cambridge, Massachusetts 02140 and the Plaintiffs, Anindaya and Jayathi Boral, reside at 50 Craigie St., Apt. #22 in Somerville, Massachusetts, 02143.

IV.
PLAINTIFFS

4.      Plaintiff, TIAX LLC, is the employer of Plaintiff Anindya Boral. Formerly the technology and innovation division of Arthur D. Little, TIAX LLC is a consulting company, TIAX LLC helps clients leverage technology for business gain, values intellectual assets and patents, integrates new technology in clients products, and develops strategies to manage clients R&D resources.

5.      Plaintiff, Anindya Boral, is an Indian mechanical engineer and employee of TIAX LLC. He has lived in the U.S. since August 11, 1997 when he came to purse a Masters Degree in Mechanical Engineering at Pennsylvania State University. Since graduating with a 3.92 grade point average, Mr. Boral has been employed as a mechanical engineer for various U.S. employers. Since January 5, 2000, Mr. Boral has ben employed in H-1B status,  H-1B status  is the status which authorizes employment in a specialty occupation such as mechanical engineering. Most recently, he has been employed in H-1B status  for Arthur D. Little and then TIAX LLC. (Documentation included in Exhibit A.)

6.      Plaintiff, Jayathi Boral, is the spouse of Plaintiff, Anindya Boral.  Since February 6, 2003, Mrs. Boral has been in the U.S.  in H-4 status which is the status for dependants of H-1B professionals. She is included as Plaintiff because her status is dependant upon Mr. Boral's and his is dependant upon the H-1B petition submitted by his employer, Plaintiff TIAX LLC.

7.      Both Mr. and Mrs. Boral are within the zone of interest controlled by this action and therefore also have standing.

V.
DEFENDANTS

8.      Defendant, the Department of Homeland Security, is a Federal agency that is mandated under the law through its Director, 8 USC Section 1103(a), to supervise, implement, and enforce the Immigration and Nationality Act, including H-1B petitions and applications for extension of stay.

9.      Defendant, Tom Ridge, is the duly appointed Secretary of Homeland Security and charged under the law, 8 USC Section 1103(a), with supervising, implementing, and enforcing the Immigration and Nationality Act.

10.      Defendant, Eduardo Aguirre, Jr., is the duly appointed Director of United States Citizenship and Immigration Services, and charged under the law, 8 USC 1103(c), with the implementation of benefits under the Immigration and Nationality Act.

11.    Defendant, Sandra T. Bushey, is the Interim Director of the Vermont Service Center. This Center is the office of the U.S. Citizenship and Immigration Services where the Plaintiffs' H-1B petition has been pending since March 1, 2004. The Premium Processing Unit is part of the Vermont Service Center.

12.    Defendants, Department of Homeland Security and Unknown Government Agencies, are those additional government agencies unknown to the Plaintiffs or Plaintiffs' counsel, that may also be involved with processing security checks for applicants for H-1B extensions processed by the Department of Homeland Security.

VI.
FACTUAL ALLEGATIONS

13.    On March 1, 2004, Plaintiffs TIAX LLC filed the H-1B petition and Mr. and Mrs. Boral's applications for extension of stay with the Vermont Service Center of U.S. Citizenship and Immigration Services. (See Exhibits A & B)

14.    On May 25, 2004, Plaintiffs paid an additional $1,000 for premium processing to expedite adjudication of this H-1B petition. (See Exhibit C)

15. On May 26, 2004, Defendant's transferred this case to the Premium Processing Unit and issued a receipt stating that the Plaintiffs should receive notice within 15 days. (See Exhibit D)

16.    To date, the Plaintiffs' H-1B petition remains pending. Defendants have not adjudicated the case either within the 150 day timeframe indicated on the original receipt (Exhibit B) or within the 15 days indicated on the receipt for " premium processing". (Exhibit D)

17.    On information and belief, Plaintiffs' prior counsel called the Premium Processing Unit on several occasions to inquire about this delay . On July 8, 2004, they were told that Plaintiffs' case had been randomly selected for a security check. (See Exhibit E and Affidavit of Counsel)

18.    Thereafter, Plaintiffs' prior counsel called the Premium Processing Unit of the Vermont Service Center on a monthly basis for updates, to no avail.   (See Exhibit E)

19.    On October 13, 2004, Plaintiffs' prior counsel wrote a letter to the Premium Processing Unit marked "Urgent Attention Requested" (See Exhibit F) This letter requested adjudication and explained that Mr. Boral was "rapidly approaching the 240 day cut off for continued employment" under 8 CFR 274a.12(b)(20). Still Defendants did not adjudicate the pending H-1B petition.

19.    On November 17, 2004, present counsel for Plaintiffs sent Defendants a letter entitled Notice of Intent Notice of Intent to File Mandamus Action in Federal District Court. (See Exhibit G). Defendants have not responded to this letter in any way and still have not adjudicated the H-1B petition.

21.    On information and belief, the individual Plaintiffs, Mr. and Mrs. Boral, have no criminal record and a history of scrupulous compliance with the immigration law. The U.S. Immigration Service has previously approved two H-1B petitions on behalf of Mr. Boral. (Approvals included in Exhibit A)

22.    Mr. Boral's authorization to work expires on December 1, 2004. After that, he cannot continue to work for Plaintiff TIAX, LLC. This is because, TIAX LLC could become subject to employer sanctions for hiring an alien who is not authorized to work. (8 USC 134a (A)(2))

23.    Plaintiff, Mr. Boral, is currently authorized to work under 8 CFR 274a. 12(b)(20.) This regulation provides an 240 day extension of employment authorization for certain nonimmigrants who, like Mr. Boral, file a timely application for extension of stay.

24.    Mr. Boral's last H-1B approval was valid until April 5, 2004. The Plaintiffs, Mr. Boral and his employer, filed a timely application for extension of H-1B status on March 1, 2004. Thus, he is authorized to work until December 1, 2004 (240 days beyond April 5, 2004.)

25.    If Mr. Boral works beyond December 1, 2004, this could be considered unauthorized employment which would disqualify him from the pending extension. (8 CFR 214.1 (c)(4)) Similarly, his employer, Plaintiff TIAX LLC, could face fines and penalties for continuing to employ him beyond that date.

26.    Plaintiff, Mrs. Boral is not authorized to work and is financially dependant upon her husband.

27.    Mr. and Mrs. Boral cannot afford to stay in the U.S. beyond the end of December 2004 without any income. Because of the insecurity of her present status, Mrs. Boral has already made plans to return to India to await the resolution of this case.

28.    Thus, if this case is not adjudicated before December 31, 2004, Mr. Boral will also be forced to return to India shortly. This will cause all of the Plaintiffs terrible hardship.

29.    The employer, TIAX, LLC is a small collaborative research and development company.  They help clients accelerate their innovation by providing technical know-how and expertise. Mr. Boral  unique skills and experience, and his excellent reputation with TIAX LLC clients are critical to the business. Mr. Boral's  technical expertise includes fluid dynamics, heat transfer, combustion modeling and structural analysis. Mr. Boral is TIAX LLC's key technical resource for two important business areas: Computational Fluid Dynamics (CFD) and Liquefied Natural Gas (LNG) Interchangeability.  Mr. Boral supervises the CFD activities and is responsible for bringing in about $1,000,000 annually to that business area.  TIAX would not be profitable without this revenue. Mr. Boral  expertise and experience are extremely rare and hard to find.  TIAX LLC have recently lost three individuals with similar (but not equaled) CFD expertise, and they have not been able to find suitable replacements. If Mr. Boral were to leave TIAX, their CFD and LNG Interchangeability business activities would be terminally undermined.

30.    Mr. Boral, would suffer the loss of employment, damage to his professional career and financial loss of everything he has worked for during 7 years in the U.S. He and his wife would lose their apartment, their friends and professional colleagues in the U.S.   Such hardship to the Plaintiffs is not warranted by what appears to be a pro forma security check.

31.    Defendants have twice granted Mr. Boral H-1B status by approving prior H-1B petitions on his behalf. Defendants have allowed him to travel in H-1B status and re-admitted him in that status to the U.S. Every time, the Defendants have considered Mr. Boral's previous applications, they have found him in compliance with immigration regulations and eligible for H-1B status.

32.    There is no reason to believe that he is not now eligible for the pending H-1B extension. Defendants have had nine months to finish the security check.

## VII.
## CLAIM FOR RELIEF

33.    Defendants have willfully, and unreasonably refused to adjudicate Plaintiffs, pending H-1B petition and applications for extension of stay filed pursuant to 8 USC 1101 (a)(15)(h)(i)(B), 1184 (g) and 1356 (u).

34.    Upon information and belief, the normal period for adjudication of H-1B extensions has passed months ago. This is evidenced by the fact that the Defendants own receipts in this case estimated 150 days for processing the case as initially submitted. (Exhibit B)

35.    Plaintiffs have done everything in their power to expedite this case and prevent the current crisis. They filed the initial extension early on March 1, 2004. When it wasn't approved, they requested premium processing on May 25, 2004 and paid the additional $1,000 for this service.

36.    Defendants accepted the $1,000 and sent a receipt for the premium processing stating that the parties would receive a reply in 15 days. That was  May 26, 2004, and Defendants still have not replied. They have unreasonably failed to provide premium processing. The premium processing was authorized by legislation, P. L. 106-553, which amended section 286 of the Immigration and Nationality Act (8 USC 1356(u).) The statute provides "this fee shall be used to provide certain premium-processing services to business customers, and to make infrastructure improvements in the adjudications and customer-service processes. For approval of the benefit applied for, the petitioner/applicant must meet the legal criteria for such benefit." Defendants, have not given any indication that the Plaintiffs do not meet the legal criteria and have failed in their duty to provide premium processing services.

37.    Plaintiffs counsel  have made many phone calls, written letters, given advance notice of intent to file this mandamus . Yet Defendants have failed to adjudicate this case.

38.    It strains credulity that the United States government, specifically the Defendants, could not finish a security check for one person in nine months. This unconscionable delay is a denial

of substantive and procedural due process to Plaintiffs.

39.    Plaintiffs have exhausted any administrative remedies that may exist.

40.    Strong humanitarian factors genuinely exist in these circumstances as Plaintiffs have made every effort to file their applications early, to provide all necessary documentation to the government, they have diligently follow-up with DHS to obtain a timely decision in their case and the failure of the government to grant their case will result in the major disruption of their family's lives, and the Plaintiff employer's business.

**WHEREFORE,** Plaintiffs pray that the Court:

(1) Compel Defendants, and those acting under them, to perform their duty to adjudicate the Plaintiffs' H-1B petition and application for extension of stay. This includes completion of the random security check, if necessary.

(2) Compel the Defendants to adjudicate this case before December 31, 2004 so that the Plaintiffs will not have and depart the United States.

(3) Compel the Defendants to issue timely approval notices which will permit uninterrupted employment and the Boral's maintenance of H-1B and H-4 status.

(4) Grant such other and further relief as this Court deems proper under the circumstance; and

RESPECTFULLY SUBMITTED this 1st day of December, 2004.

Maureen O'Sullivan
Counsel for Plaintiffs
Kaplan O' Sullivan & Friedman LLP
10 Winthrop Square 3rd Fl
Boston, MA 02110
(617) 482-4500

## CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel of record in the foregoing matter with one copies of the foregoing Response to Respondent's Plaintiff'S EMERGENCY COMPLAINT FOR DECLARATORY RELIEF AND RELIEF IN THE NATURE OF MANDAMUS by postage prepaid mail a copy of same as follows:

> Eduardo Aguirre, Director
> U.S. Citizenship and Immigration Services
> 425 I Street, N.W.
> Washington, D.C. 20536
>
> Tom Ridge, Secretary of Homeland Security
> U.S. Department of Homeland Security
> Nebraska Avenue Center, N.W.
> Washington, D.C. 20508
>
> Office of the General Counsel
> U.S. Department of Homeland Security
> Washington, D.C. 20258
>
> Sandra T. Bushey, Interim Center Director
> PREMIUM PROCESSING UNIT
> USCIS
> Vermont Service Center
> 30 Houghton Street
> St. Albans, VT 05478-2399
>
> U.S. Attorneys Office    (Hand Delivery)
> U.S. Courthouse, Suite 9200
> 1 Courthouse Way
> Boston, MA 02110

This 1st  day of December, 2004. Counsel will also provide formal service with summons, but has sent these copies due to the urgent nature of the case.

> Maureen O'Sullivan
> Counsel for Plaintiffs
> Kaplan O' Sullivan & Friedman LLP
> 10 Winthrop Square 3rd Fl
> Boston, MA 02110
> (617) 482-4500

### *AFFIDAVIT OF COUNSEL*

1.  My name is Maureen O'Sullivan and I am an attorney licensed to practice in the State of Massachusetts. (B.B.O. Reg. No. 380835).

2.  I currently represent TIAX LLC, and Anindya Boral and his wife Jayati Boral in their effort to obtain approval of the pending H-1B petition.

3.  They were previously represented by Laurie Riccio, of the Law Offices of Richard M. Costa. As is evidenced in the attached Exhibits A-F, Ms. Riccio initially filed the H-1B petition on March 1, 2004.

4.  Thereafter, prior counsel requested premium processing on May 25, 2004 and Plaintiffs paid the additional $1,000 premium processing fee. (Exhibit C& D)

5.  Mrs. Riccio stated that she was informed by telephone on July 8, 2004 that Plaintiff's case had been selected for a random security check. This is only reason given for the lack of adjudication. Since then she has followed up on a monthly basis to no avail. (Exhibit E)

6.  Current counsel was retained on November 17, 2004. That same day, I sent a notice of intent to file a mandamus action to the Defendant, the Vermont Service Center of the U.S. CIS. This is the office responsible for adjudication the pending H-1B petition. To date there has been no reply.

7.  The Defendants have not adjudicated the petition and have failed in their duty to provide adjudication within a reasonable period of time and specifically to provide premium processing on an expedited basis.

Maureen O'Sullivan

On this ___ day of ~~August~~, December 2004, before me, the undersigned notary public, personally appeared _____, proved to me through satisfactory means of identification which were _____, to be the person whose name is signed on the preceding or attached document.

Notary Public _____

My commission expires: _____

## LIST OF EXHIBITS

EXHIBIT A          Copy of Plaintiffs' H-1B petition and application for extension of stay filed
                   March 1, 2004.

EXHIBIT B          Receipts for H-1B petition and extension of stay applications for Mr. and Mrs.
                   Boral.

EXHIBIT C          Copy of request for premium processing submitted May 25, 2004.

EXHIBIT D          Receipt for payment of $1,000 premium processing fee.

EXHIBIT E          Letter from Plaintiffs prior counsel stating they were informed of the random
                   security check on July 8, 2004 and have continued to follow up monthly to no
                   avail.

EXHIBIT F          "Urgent Attention Requested" letter of October 13, 2004 from prior counsel
                   explaining the urgent, need for adjudication.

EXHIBIT G          Notice of intent to file mandamus sent to Defendant at Vermont Service
                   Premium Processing Unit Center on November 17, 2004.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TIAX LLC v. Ridge

1.  Title of case (name of first party on each side only)_____

_____

2.  Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet.   (See local rule
    40.1(a)(1)).

        __      I.       160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

        ✓      II.      195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,      *Also complete AO 120 or AO 121
                        740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.for patent, trademark or copyright cases

        __      III.     110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
                        315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
                        380, 385, 450, 891.

        __      IV.     220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
                        690, 810, 861-865, 870, 871, 875, 900.

        __      V.      150, 152, 153.

3.  Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this
    district please indicate the title and number of the first filed case in this court.
                NONE

_____

4.  Has a prior action between the same parties and based on the same claim ever been filed in this court?

                                                        YES  ☐          NO  ☑

5.  Does the complaint in this case question the constitutionality of an act of congress affecting the public interest?  (See 28 USC
    §2403)

                                                        YES  ☐          NO  ☑

    If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

                                                        YES  ☐          NO  ☐

6.  Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

                                                        YES  ☐          NO  ☑

7.  Do all of the parties  in this action, excluding governmental agencies of the united states and the Commonwealth of
    Massachusetts ("governmental agencies"),  residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).

    YES  ☑          NO  ☐

            A.      If yes, in which division do all of the non-governmental parties reside?

                    Eastern Division  ☑          Central Division  ☐          Western Division  ☐

            B.      If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies,
                    residing in Massachusetts reside?

                    Eastern Division  ☐          Central Division  ☐          Western Division  ☐

8.  If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes,
    submit a separate sheet identifying the motions)

                                                        YES  ☐          NO  ☐

(PLEASE TYPE OR PRINT)

ATTORNEY'S NAME     Maureen O'Sullivan
_____

ADDRESS   Kaplan O' Sullivan & Friedman LLP ,10 Winthrop Square 3rd Fl ,Boston, MA 02110

TELEPHONE NO.   (617) 482-4500
_____

(CategoryForm[1].wpd - 10/17/02)

JS 44 (Rev. )

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

TIAX, LLC
Anindeaya BORAL and Jayati BORAL

**(b)** County of Residence of First Listed Plaintiff _____ Middlesex
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Maureen O'Sullivan
Kaplan, O'Sullivan & Friedman
10 Winthrop Square 3rd Fl.
Boston, Ma 02110

## DEFENDANTS

Tom RIDGE, as Secretary of Dept. of Homeland Security, Eduardo AGUIRRE, Jr., Director of U.S. CIS, Sandra T. BUSHEY, Acting Director, Vermont Service Center of USCIS; DEPARTMENT OF HOMELAND SECURITY; and ALL UNKNOWN GOVERNMENT AGENCIES INVOLVED IN SECURITY CHECKS FOR H-1B APPLICANTS

County of Residence of First Listed _____ Middlesex
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

### CONTRACT
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability

### REAL PROPERTY
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

### TORTS

**PERSONAL INJURY**
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury

**PERSONAL INJURY**
- [ ] 362 Personal Injury— Med. Malpractice
- [ ] 365 Personal Injury— Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

### CIVIL RIGHTS
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 444 Welfare
- [ ] 440 Other Civil Rights

### FORFEITURE/PENALTY
- [ ] 610 Agriculture
- [ ] 620 Other Food & Drug
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 630 Liquor Laws
- [ ] 640 R.R. & Truck
- [ ] 650 Airline Regs.
- [ ] 660 Occupational Safety/Health
- [ ] 690 Other

### LABOR
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Mgmt. Relations
- [ ] 730 Labor/Mgmt.Reporting & Disclosure Act
- [ ] 740 Railway Labor Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Empl. Ret. Inc. Security Act

### PRISONER PETITIONS
- [ ] 510 Motions to Vacate Sentence
  **Habeas Corpus:**
- [ ] 530 General
- [ ] 535 Death Penalty
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition

### BANKRUPTCY
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

### PROPERTY RIGHTS
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 840 Trademark

### SOCIAL SECURITY
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

### FEDERAL TAX SUITS
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

### OTHER STATUTES
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce/ICC Rates/etc.
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 810 Selective Service
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 875 Customer Challenge 12 USC 3410
- [ ] 891 Agricultural Acts
- [ ] 892 Economic Stabilization Act
- [ ] 893 Environmental Matters
- [ ] 894 Energy Allocation Act
- [ ] 895 Freedom of Information Act
- [ ] 900 Appeal of Fee Determination Under Equal Access to Justice
- [ ] 950 Constitutionality of State Statutes
- [x] 890 Other Statutory Actions

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

28 USC 1361

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION DEMAND UNDER F.R.C.P. 23

CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
(See instructions):

JUDGE _____

DOCKET NUMBER _____

DATE  4/1/04

SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

*Law Offices of*
# RICHARD M. COSTA
18 Tremont Street
Boston. Massachusetts 02108  ·

*Richard M. Costa*
*Laurie B. Riccio*
*Cecilia M. Hanley*
*Ellen Davey-Fleming*
*Adrienne J. Vaughan*

*Tel:(617)742-4444*
*Fax:(617)742-0805*
*Email: Richard@Rcosta.com*

## COVER MEMO FOR H-1B PETITION

Date:  February 26, 2004
To:  Center Director, Citizenship and Immigration Services, St. Albans, Vermont

Re:  **H-1B Visa Petition of TIAX LLC on behalf of Mr. Anindya BORAL**
**Request for Extension of Nonimmigrant Status**

Enclosed please find the following documents for filing in the above-captioned matter:

Form G-28: Notice of Appearance
Form I-129W: H-1B Data Collection & Filing Fee Exemption
Form ETA 9035: Labor Condition Application
Form I-129: Petition For A Nonimmigrant Worker
Letter from Ms. Angela Cheng-Cimini, Director, Human Resources dated February 19, 2004

Copy of Master's Diploma in Mechanical Engineering from The Pennsylvania State University dated August, 1999
Copy of Transcript from The Pennsylvania State University
Copy of Bachelor's Degree from the University of Pune dated December 12, 1996

Form I-797: Notice of Approval of H-1B Visa Petition (2)
Form I-94: Arrival-Departure Record and Visa stamp
Form I-20A: Endorsed to reflect authorized practical training
Form I-688: Employment Authorization valid to June 30, 2000
Recent Earnings Statement

Form G-28: Notice of Appearance
Form I-539: Application to Extend Nonimmigrant Status ($140.00)
Form I-94: Arrival-Departure Record and Visa stamp
Marriage Certificate

Filing Fee:  $270.00

cc:  Ms. Cheng-Cimini
     Mr. Boral

# EXHIBIT A

U.S. Department of Justice
Immigration and Naturalization Service

**Notice of Entry of Appearance
as Attorney or Representative**

**Appearances** - An appearance shall be filed on this form by the attorney or representative appearing in each case. Thereafter, substitution may be permitted upon the written withdrawal of the attorney or representative of record or upon notification of the new attorney or representative. When an appearance is made by a person acting in a representative capacity, his personal appearance or signature shall constitute a representation that under the provisions of this chapter he is authorized and qualified to represent. Further proof of authority to act in a representative capacity may be required. **Availability of Records** - During the time a case is pending, and except as otherwise provided in 8 CFR 103.2(b), a party to a proceeding or his attorney or representative shall be permitted to examine the record of proceeding in a Service office. He may, in conformity with 8 CFR 103.10, obtain copies of Service records or information therefrom and copies of documents or transcripts of evidence furnished by him. Upon request, he/she may, in addition, be loaned a copy of the testimony and exhibits contained in the record of proceeding upon giving his/her receipt for such copies and pledging that it will be surrendered upon final disposition of the case or upon demand. If extra copies of exhibits do not exist, they shall not be furnished free on loan; however, they shall be made available for copying or purchase of copies as provided in 8 CFR 103.10.

| | |
|---|---|
| In re: TIAX LLC | Date: 02/18/2004 |
| On behalf of Anindya A. BORAL | File No. N/A |

I hereby enter my appearance as attorney for (or representative of), and at the request of the following named person(s):

| Name: TIAX LLC | | [x] Petitioner | [ ] Applicant |
|---|---|---|---|
| | | [ ] Beneficiary | |
| Address: (Apt. No.)    (Number & Street) | (City) | (State) | (Zip Code) |
| 15 Acorn Park | Cambridge | MA | 02140 |

| Name: Anindya A. BORAL | | [ ] Petitioner | [ ] Applicant |
|---|---|---|---|
| | | [x] Beneficiary | |
| Address: (Apt. No.)    (Number & Street) | (City) | (State) | (Zip Code) |
| 12    25 Linden Avenue | Somerville | MA | 02143 |

*Check Applicable Item(s) below:*

[x] 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia
U.S. Supreme Court
*Name of Court*
and am not under a court or administrative agency order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

[ ] 2. I am an accredited representative of the following named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board:

[ ] 3. I am associated with
the attorney of record previously filed a notice of appearance in this case and my appearance is at his request. *(If you check this item, also check item 1 or 2 whichever is appropriate.)*

[ ] 4. Others (Explain Fully.)

| SIGNATURE | COMPLETE ADDRESS
Law Offices of Richard M. Costa
18 Tremont Street Suite 601 Boston MA 02108 |
|---|---|
| NAME (Type or Print)
Richard M Costa/Laurie B Riccio/Cecilia M Hanley/Adrienne J Vaughan/ | TELEPHONE NUMBER
(617)742-4444           Fax Number : (617)742-0805 |

*PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS.*

Richard M Costa/Laurie B Riccio/Cecilia M Hanley/Adrienne J Vaughan/ Ellen R Davey-Fleming

*(Name of Attorney or Representative)*

*THE ABOVE CONSENT TO DISCLOSURE IS IN CONNECTION WITH THE FOLLOWING MATTER:*

All Immigration Matters

| Name of Person Consenting
Angela Cheng-Cimini, Director, Human Resources | Signature of Person Consenting | Date
2-23-04 |
|---|---|---|

(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.)

This form may not be used to request records under the Freedom of Information Act or the Privacy Act. The manner of requesting such records is contained in 8CFR 103.10 and 103.20 Et.SEQ.

Form G-28 (09/26/00)Y

U.S. Department of Justice
Immigration and Naturalization Service

OMB No. 1115-0225

# H-1B Data Collection and Filing Fee Exemption

Petitioner's Name:  TIAX LLC

## PART A.  General

**Employer Information** - *(check all items that apply)*

|  |  | Yes | No |
|---|---|---|---|
| 1. | Is the petitioner a dependent employer? | ☐ | ☒ |
| 2. | Has the petitioner ever been found to be a willful violator? | ☐ | ☒ |
| 3. | Is the beneficiary an exempt H-1B nonimmigrant? | ☒ | ☐ |
| | a. If yes, is it because the beneficiary's annual rate of pay is equal to at least $60,000? | ☒ | ☐ |
| | b. Or is it because the beneficiary has a master's or higher degree in a speciality related to the employment? | ☒ | ☐ |

| Beneficiary's Last Name | First Name | Middle Name |
|---|---|---|
| BORAL | ANINDYA | A |

| Attention To or In Care Of | Current Residential Address - Street | Apt. # |
|---|---|---|
| | 25 Linden Avenue | 12 |

| City | State | Zip Code |
|---|---|---|
| Somerville | MA | 02143 |

**Beneficiary's Highest Level of Education.** Please check only one box.

☐ NO DIPLOMA
☐ HIGH SCHOOL GRADUATE - high school DIPLOMA or the equivalent (for example ,GED)
☐ Some college credit, but less than one year
☐ One or more years of college, no degree
☐ Associate's degree *(for example: AA, AS)*
☐ Bachelor's degree *(for example: BA, AB, BS)*
☒ Master's degree *(for example: MA, MS, MEng, MEd, MSW, MBA)*
☐ Professional degree *(for example: MD, DDS, DVM, LLB, JD)*
☐ Doctorate degree *(for example: PhD, EdD)*

Major/Primary Field of Study

| M | e | c | h | a | n | i | c | a | l | | E | n | g | i | n | e | e | r | i | n | g | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Rate of pay per year | LCA Code | NAICS Code |
|---|---|---|
| $70,000 | 0 0 7 | 5 4 1 6 1 0 |

## PART B.  Fee Exemption

In order for the Immigration and Naturalization Service to determine if you must pay the additional $1,000 fee, please answer all of the following questions:

| | Yes | No | |
|---|---|---|---|
| 1. | ☐ | ☒ | Are you an institution of higher education as defined in the Higher Education Act of 1965, section 101(a), 20 U.S.C. section 1001 (a)? |
| 2. | ☐ | ☒ | Are you a nonprofit organization or entity related to or affiliated with an institution of higher education, as such institutions of higher education are defined in the Higher Education Act of 1965, section 101(a), 20 U.S.C. section 1001(a)? |
| 3. | ☐ | ☒ | Are you a nonprofit research organization or a governmental research organization, as defined in 8 CFR 214.2(h)(19)(iii)(C)? |
| 4. | ☐ | ☒ | Is this the second or subsequent request for an extension of stay that you have filed for this alien? |
| 5. | ☐ | ☒ | Is this an amended petition that does not contain any requests for extension of stay? |
| 6. | ☐ | ☒ | Are you filing this petition in order to correct a Service error? |
| 7. | ☐ | ☒ | Is the petitioner a primary or secondary education institution? |
| 8. | ☐ | ☒ | Is the petitioner a non-profit entity that engages in an established curriculum-related clinical training of students registered at such an institution? |

If you answered **YES** to any of the sections above, you are **ONLY** required to submit the fee for your H-1B Form I-129 petition, which is $130.00.

Form I-129W (Rev. 02/14/02) Y

| | | |
|---|---|---|
| **Labor Condition Application for H-1B Nonimmigrants** | **U.S. Department of Labor** Employment and Training Administration | **Form ETA 9035E** OMB Approval: 1205-0310 Expiration Date: 31 JAN 2004 |

## ELECTRONIC FILING OF LABOR CONDITION APPLICATION FOR THE H-1B NONIMMIGRANT VISA PROGRAM

**This Department of Labor, Employment and Training Administration (ETA), electronic filing system enables an employer to file a Labor Condition Application (LCA) and obtain certification of the LCA. This Form must be submitted by the employer or by someone authorized to act on behalf of the employer.**

A.) I understand and agree that, upon my receipt of ETA's certification of the LCA by electronic response to my submission, I must take the following actions at the specified times and circumstances:

- print out and sign a hardcopy of the electronically filed and certified LCA;
- maintain a signed hardcopy of this LCA in my public access file;
- submit a signed hardcopy of this LCA to the Immigration and Naturalization Service in support of the I-129, on the date of submission of the I-129; and
- provide a signed hardcopy of this LCA to each H-1B nonimmigrant who is employed pursuant to the LCA.

● Yes        ○ No

B.) I understand and agree that, by filing the LCA electronically, I am attesting that all of the statements in the LCA are true and accurate and that I am undertaking all the obligations that are set out in the LCA (Form ETA 9035E) and the accompanying instructions (Form ETA 9035CP).

● Yes        ○ No

C.) I hereby choose one of the following options, with regard to the accompanying instructions:

○        I choose to have the Form ETA-9035CP electronically attached to the certified LCA, and to be bound by the LCA obligations as explained in this form;

or

●        I choose not to have the Form ETA-9035CP electronically attached to the certified LCA, but I have read the instructions and I understand that I am bound by the LCA obligations as explained in this Form.

# FORM CERTIFIED



| Labor Condition Application for H-1B Nonimmigrants | U.S. Department of Labor Employment and Training Administration | Form ETA 9035E OMB Approval: 1205-0310 Expiration Date: 31 JAN 2004 |
|---|---|---|

**A. Employer's Information**

1. Return Fax Number

2. Employer's Full Legal Name

**TIAX LLC**

3. Employer's Address (Number and Street)

**ACORN PARK**

4. Employer's City

**CAMBRIDGE**

State **MA**    Zip/Postal Code **02140**

5. Employer's Address EIN Number

**46-0478749**

6. Employer's Phone Number

**(617)498-6171**    Extension

**B. Rate of Pay**

1. Wage Rate (or Rate From) (Required):

**$70,000.00**

2. Rate Up To (Optional):

**$0.00**

3. Rate is Per:
- ● Year
- ○ Week
- ○ Month
- ○ Hour
- ○ 2 Weeks

4. Is this position part-time?
- ○ Yes
- ● No

! **Please Note: Part-time hours worked by nonimmigrant(s) will be in the range of hours stated on the INS Form(s) I-129.**

**C. Period Of Employment and Occupation Information**

1. Begin Date

**04/06/2004**

2. End Date

**01/04/2006**

3. Occupational Code

| 0 | 0 | 7 |

4. Number of H-1B Nonimmigrants

| 0 | 0 | 1 |

5. Job Title

**MECHANICAL ENGINEER**

**D. Information relating to Work Location for the H-1B Nonimmigrants**

1. City

**CAMBRIDGE**

State **MA**

2. Prevailing Wage

**$53,726.00**

3. Wage is Per:
- ● Year
- ○ Week
- ○ Month
- ○ Hour
- ○ 2 Weeks

4. Wage Source
- ○ SESA
- ○ Collective Bargaining Agreement
- ● Other

5. Year Source Published

**2004**

6. Other Wage Source

**OES**

# FORM CERTIFIED



| Labor Condition Application for H-1B Nonimmigrants | U.S. Department of Labor Employment and Training Administration | Form ETA 9035E OMB Approval: 1205-0310 Expiration Date: 31 JAN 2004 |
|---|---|---|

**D. Subsection A Information For Additional or Subsequent Work Location**

1. City                                                                    State

2. Prevailing Wage

3. Wage is Per:                    4. Wage Source
   ○ Year        ○ Week           ○ SESA

5. Year Source Published
   ○ Month       ○ Hour           ○ Collective Bargaining Agreement
   ○ 2 Weeks                      ○ Other

6. Other Wage Source

---

**E. Employer Labor Condition Statements**

! **Please Note: In order for your application to be processed, you MUST read section E of the Labor Condition Application cover pages under the heading "Employer Labor Condition Statements" and agree to all four labor condition statements summarized below:**

(1) Wages: Pay nonimmigrants at least the local prevailing wage or the employer's actual wage, whichever is higher, and pay for non-productive time. Offer nonimmigrants benefits on the same basis as U.S. workers.

(2) Working Conditions: Provide working conditions for nonimmigrants which will not adversely affect the working conditions of workers similarly employed.

(3) Strike, Lockout, or Work Stoppage: No strike or lockout in the occupational classification at the place of employment.

(4) Notice: Notice to union or to workers at the place of employment. A copy of this form to H-1B workers.

**I have read and agree to Employer Labor Condition Statements 1, 2, 3, and 4 as set forth in Section E of the Labor Condition Application Cover Pages.**  ● Yes    ○ No

---

**F. Additional Employer Labor Condition Statments**

# FOR GOVERNMENT USE ONLY

---

# FORM CERTIFIED



| Labor Condition Application for H-1B Nonimmigrants | U.S. Department of Labor Employment and Training Administration | Form ETA 9035E OMB Approval: 1205-0510 Expiration Date: 31 JAN 2004 |
|---|---|---|

## G. Public Disclosure Information

Public disclosure information will be kept at:

⦿ Employer's principal place of business

◯ Place of employment

## H. Declaration of Employer

**!** **By signing this form, I, on behalf of the employer, attest that the information and labor condition statements provided are true and accurate; that I have read the sections E and F of the cover pages (Form ETA 9035CP), and that I agree to comply with the Labor Condition Statements as set forth in the cover pages and with the Department of Labor regulations (20 CFR part 655, Subparts H and I). I agree to make this application, supporting documentation, and other records, available to officials of the Department of Labor upon request during any investigation under the Immigration and Nationality Act.**

1. First Name of Hiring or Other Designated Official

   **ANGELA**                                                      MI

2. Last Name of Hiring or Other Designated Official

   **CHENG-CIMINI**

3. Hiring or Other Designated Official Title

   **DIRECTOR, HUMAN RESOURCES**

| | |
|---|---|
| *[signature]* | 5. Date  *02·03·01* |
| 4. Signature - Do NOT let signature extend beyond the box | Making fraudulent representations on this Form can lead to civil or criminal action under 18 U.S.C. 1001, 18 U.S.C. 1546, or other provisions of law. |

## I. Contact Information

1. Contact First Name

   **RICHARD**                                                     MI

                                                                   **M**

2. Contact Last Name

   **COSTA**

3. Contact Phone Number                    Extension

   **(617) 742-4444**

## J. U.S. Government Agency Use Only

By virtue of my signature below, I hereby acknowledge this application certified for

Date Starting    **04/06/2004**                and Date Ending    **01/04/2006**

*William L. Carlson*        Chief, Division of Foreign Labor Certification    **I-04048-0963929**    **02/17/2004**

Signature and Title of Authorized DOL Official                    ETA Case Number      Date

**The Department of Labor is not the guarantor of the accuracy, truthfulness, or adequacy of a certified labor condition application.**

## K. Complaints

Complaints alleging misrepresentation of material facts in the labor condition application and/or failure to comply with the terms of the labor condition application may be filed with any office of the Wage and Hour Division of the United States Department of Labor. Complaints alleging failure to offer employment to an equally or better qualified U.S. worker, or an employer's misrepresentation regarding such offer(s) of employment, may be filed with: U.S Department of Justice * 10th Street and Constitution Avenue, NW * Washington, DC * 20530.

# FORM CERTIFIED

U.S. Department of Justice
Immigration and Naturalization Service

**Petition for a Nonimmigrant Worker**

OMB No 1115-0168

**START HERE - Please Type or Print.**

## Part 1.  Information about the employer filing this petition. If the employer
*is an individual, use the top name line. Organizations should use the second line*

| Family Name | | Given Name | | Middle Initial |
|---|---|---|---|---|

| Company or Organization Name | TIAX LLC | | | |
|---|---|---|---|---|

Address - Attn:  Angela Cheng-Cimini, Director, Human Resources

| Street Number and Name | 15 Acorn Park | | Apt # |
|---|---|---|---|

| City | Cambridge | State or Province | MA |
|---|---|---|---|

| Country | USA | Zip/Postal Code | 02140 |
|---|---|---|---|

| IRS Tax # | 46-0478749 | | |
|---|---|---|---|

## Part 2.  Information about this petition.
*(See instructions to determine the fee.)*

1. **Requested Nonimmigrant Classification**
   *(Write classification symbol at right)*   H-1B

2. **Basis for Classification** *(Check one)*
   a. ☐ New employment
   b. ☐ Continuation of previously approved employment without change
   c. ☒ Change in previously approved employment
   d. ☐ New concurrent employment

3. **Prior Petition.** If you checked other than "New Employment" in item 2, (above) give the most recent prior petition number for the worker(s):   EAC-01-149-54089

4. **Requested Action:** *(Check one)*
   a. ☐ Notify the office in Part 4 so the person(s) can obtain a visa or be admitted (NOTE a petition is not required for an E-1, E-2 or R visa).
   b. ☐ Change the person(s) status and extend their stay since they are all now in the U.S. in another status (see instructions for limitations). This is available only where you check "New Employment" in item 2, above.
   c. ☒ Extend or amend the stay of ther person(s) since they now hold this status.

**Total number of workers in petition:**
*(See instructions for where more than one worker can be included.)*   ONE

## Part 3.  Information about the person(s) you are filing for.
Complete the blocks below. Use the continuation sheet to name each person included in this petition.
If an entertainment group, give their group name

| Family Name | BORAL | Given Name | ANINDYA | Middle Initial | A |
|---|---|---|---|---|---|

| Date of Birth (Month/Day/Year) | 12/29/1974 | Country of Birth | India |
|---|---|---|---|

| Social Security # | 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 | A # | N/A |
|---|---|---|---|

If in the United States, complete the following:

| Date of Arrival (Month/Day/Year) | 02/06/2003 | I-94 # | 090896951 10 |
|---|---|---|---|

| Current Nonimmigrant Status | H-1B | Expires (Month/Day/Year) | 04/05/2004 |
|---|---|---|---|

### FOR INS USE ONLY

| Returned | Receipt |
|---|---|
| | |

| Resubmitted | |
|---|---|

| Reloc Sent | |
|---|---|

| Reloc Rec'd | |
|---|---|

| Interviewed | |
|---|---|
| ☐ Petitioner | |
| ☐ Beneficiary | |

Class:
# of Workers:
Priority Number:
Validity Dates:   From
To

☐ Classification
☐ Consulate/POE/PFI Notified
At:
☐ Extension Granted
☐ COS/Extension Granted

**Partial Approval** *(explain)*

**Action Block**

| **To Be Completed by Attorney or Representative, if any** |
|---|
| ☒ Fill in box if G-28 is attached to represent the applicant |

| VOLAG# |
|---|

| ATTY State License # |
|---|

*Continued on back.*

Form I-129 (Rev. 12/10/01) Y

## Part 4. Processing Information.

a. If the person named in Part 3 is outside the U.S. or a requested extension of stay or change of status cannot be granted, give the U.S. consulate or inspection facility you want notified if this petition is approved.

Type of Office (*Check one*):  [X] Consulate   [ ] Pre-flight inspection   [ ] Port of Entry

Office Address (City)  Mumbai (Bombay)

U.S. State or Foreign Country  India

Person's Foreign Address  A/A Kalasdeep, 7 Chikalwadi khadki Pune India 411003

b. Does each person in this petition have a valid passport?   [X] No - explain on separate paper   [ ] Not required to have passport

c. Are you filing any other petitions with this one?   [X] No   [ ] Yes - How many?

d. Are applications for replacement/initial I-94s being filed with this petition?   [X] No   [ ] Yes - How many?

e. Are applications by dependents being filed with this petition?   [ ] No   [X] Yes - How many?   1

f. Is any person in this petition in exclusion or deportation proceedings?   [X] No   [ ] Yes - explain on separate paper

g. Have you ever filed an immigrant petition for any person in this petition?   [X] No   [ ] Yes - explain on separate paper

h. If you indicated you were filing a new petition in Part 2, within the past 7 years has any person in this petition:

1) ever been given the classification you are now requesting?   [ ] No   [X] Yes - explain on separate paper

2) ever been denied the classification you are now requesting?   [X] No   [ ] Yes - explain on separate paper

i. If you are filing for an entertainment group, has any person in this petition not been with the group for at least 1 year?

## Part 5. Basic Information about the proposed employment and employer. *Attach the supplementary relating to the classification you are requesting.*

Job Title  Mechanical Engineer

Nontechnical Description of Job  See attached supporting letter

Address where the person(s) will work if different from the address in Part 1.  SAME

Is this a full-time position?   [ ] No - Hours per week.   [X] Yes

Wages per week: $70,000/year or per year

Other Compensation  Normal fringe Benefits   Value per week   or per year   (*Explain*)

Dates of intended employment  From: 04/06/2004  To: 01/04/2006

Type of Petitioner - *Check*   [ ] U.S. citizen or permanent resident   [X] Organization   [ ] Other - explain on separate paper

Type of Business  Consulting Services

Year Established  2002

Current Number of Employees  300

Gross Annual Income  approx $40 million

Net Annual Income

## Part 6. Signature.  *Read the information on penalties in the instructions before completing this section.*

I certify, under penalty of perjury under the laws of the United States of America, that this petition, and the evidence submitted with it, is all true and correct. If filing this on behalf of an organization, I certify that I am empowered to do so by that organization. If this petition is to extend a prior petition, I certify that the proposed employment is under the same terms and conditions as in the prior approved petition. I authorize the release of any information from my records, or from the petitioning organization's records, which the Immigration and Naturalization Service needs to determine eligibility for the benefit being sought.

Signature and Title  Director, Human Resources

Print Name  Angela Cheng-Cimini

Date  02.23.04

Please Note: If you do not completely fill out this form and the required supplement, or fail to submit required documents listed in the instructions, then the person(s) filed for may not be found eligible for the requested benefit, and this petition may be denied.

## Part 7.  Signature of person preparing form, if other than above.

I declare that I prepared this petition at the request of the above person and it is based on all information of which I have any knowledge.

Signature

Print Name  Richard M Costa/Lanre B Rocice/Cecilia M Hanley/ Adrienne J Vaughan Eren R Davey-Penning

Date

Firm Name and Address  Law Offices of Richard M. Costa 18 Tremont Street Suite 601 Boston MA 02108

Form I-129 (Rev. 12-10-01) Y Page 2

U.S. Department of Justice
Immigration and Naturalization Service

OMB No. 1115-0168

# H Classification
## Supplement to Form I-129

Name of person or organization filing petition:

TIAX LLC

Name of person or total number of workers or trainees you are filing for.

Anindya A BORAL

List the alien's and any dependent family members' prior periods of stay in H classification in the U.S. for the last six years. Be sure to list only those periods in which the alien and/or family members were actually in the U.S. in an H classification. If more space is needed, attach an additional sheet.

H-1B: 01/05/2000 to present

Spouse: H-4   02/06/2003 to present

Classification sought (Check one)

| | | | | | | |
|---|---|---|---|---|---|---|
| ☐ | H-1A | Registered professional nurse | | ☐ | H-1B5 | Athlete |
| ☒ | H-1B | Specialty occupation | | ☐ | H-1B5 | Essential Support Personnel for H-1B entertainer or athlete |
| ☐ | H-1B2 | Exceptional services relating to a cooperative research and development project administered by the U.S. Department of Defense | | ☐ | H-2A | Agricultural worker |
| ☐ | H-1B3 | Artist, entertainer or fashion model of national or international acclaim | | ☐ | H-2B | Nonagricultural worker |
| ☐ | H-1B4 | Artist or entertainer in unique or traditional art form | | ☐ | H-3 | Trainee |
| | | | | ☐ | H-3 | Special education exchange visitor program |

## Section 1. Complete this section if filing for H-1A or H-1B classification.

Describe the proposed duties

See attached supporting letter

Alien's present occupation and summary of prior work experience

See attached supporting letter

Statement for H-1B specialty occupations only:

By filing this petition, I agree to the terms of the labor condition application for the duration of the alien's authorized period of stay for H-1B employment.

Petitioner's Signature                                    Date    02.23.04

Statement for H-1B specialty occupations and DOD projects:

As an authorized official of the employer, I certify that the employer will be liable for the reasonable costs of return transportation of the alien abroad if the alien is dismissed from employment by the employer before the end of the period of authorized stay.

Signature of authorized official of employer                Date    02.23.04

Statement for H-1B DOD projects only:

I certify that the alien will be working on a cooperative research and development project or a coproduction project under a reciprocal Government-to-government agreement administered by the Department of Defense.

DOD project manager's signature                             Date

## Section 2. Complete this section if filing for H-2A or H-2B classification.

Employment is:
(Check one)
☐ Seasonal
☐ Peakload
☐ Intermittent
☐ One-time occurrence

Temporary need is:
(Check one)
☐ Unpredictable
☐ Periodic
☐ Recurrent annually

Explain your temporary need for the alien's services (attach a separate paper if additional space is needed).

Continued on back.

Form I-129 Supplement H (Rev. 12/10/01)Y  Page 4



Powered by
Innovation since 1886

February 19, 2004

Center Director
U.S. Citizenship and Immigration Services
Vermont Service Center
St. Albans, Vermont

Re: Mr. Anindya BORAL

Dear Sir or Madam:

This letter is offered in support of our request to extend Mr. Boral's temporary stay in the U.S. We seek to continue Mr. Boral's employment as a Mechanical Engineer commencing upon the expiration date of his current H-1B visa status on April 5, 2004.

Mr. Boral initially joined Arthur D. Little as a Mechanical Engineer in valid H-1B status. The division of Arthur D. Little in which Mr. Boral was employed has subsequently been purchased in full by TIAX LLC. Mr. Boral remains in the same Mechanical Engineering position under TIAX LLC.

TIAX has vast expertise in a broad range of disciplines. The company strives to advance technologies that improve people's lives, apply proven technology expertise to new products and services, and capture value from intellectual property. Formerly Arthur D. Little's Technology & Innovation business, TIAX LLC. captures the rich, century-old heritage of one of the world's foremost technology, product development, and technology-based consulting firms.

TIAX's professional services are unmatched in the must-have race to maximize shareholder value and stakeholder wealth through technology. The company assists clients leverage technology for business gain, works with clients to define technology strategies, assess technologies under development or in the market, values intellectual assets and patents, integrates new technologies in existing or new products, and effectively manages R&D resources. TIAX LLC can review a technology's feasibility and define its market impact. The company helps clients move ahead confidently on decisions such as whether or not to continue internal investment, and whether to license or sell technological know-how. They also work with clients to effectively utilize their R&D resources and manage their intellectual property portfolios. Ultimately, TIAX helps their clients achieve even greater success, by reducing risk, maximizing the value of their intellectual property, and generating a higher ROI.

Pursuant to the H-1B petition approved on June 18, 2001, Mr. Boral assumed the position of Mechanical Engineer. This position is a professional one, requiring the attainment of at least a Bachelor's degree or its equivalent in Mechanical Engineering or a closely related field. We have arranged for the approval of a Labor Condition Application with the Certifying Officer of the Department of Labor for this position.

February 19, 2004  Page 2

Mr. Boral has been and continues to be responsible for:

- Analyzing fluids/thermals, including thermo-mechanical finite element modeling, with prototype fabrication and testing as well as combustion and energy conversion and internal combustion engine technologies;
- Working with team in laboratory and in consulting environment;
- Participating in off-site testing programs;
- Perform heat transfer and fluid dynamics analyses for process and power generation systems. Specific applications include process heaters, boilers, combustion air supply systems, and internal combustion engines;
- Perform computational fluid dynamics (CFD) modeling for process heaters, industrial burners, engines, and boilers;
- The focus of process heater modeling effort has been to identify issues associated with burner integration into process heaters, improve overall burner system performance, flame structure and analyze heaters to identify possible causes for high levels of emissions;
- Perform stress analysis using the finite element method for engine components and process equipment;
- Develop customized computer programs for the numerical analysis for heat transfer, fluid flow, and emission control in process equipment and engines; and
- Conduct analytical studies to assess the impact of imported liquefied natural gas on domestic and commercial appliances in the U.S.

Mr. Boral's current salary is $70,000 per year for a forty-hour work week.

Please note that Mr. Boral first acquired H-1B status on January 5, 2000 when he was granted a change of status from F-1 to H-1B status. Therefore, approval of this extension until January 4, 2006 as requested will not cause Mr. Boral to exceed the six-year limitation on H-1B visa status.

Thank you for your attention to this matter.

Sincerely,

Angela Cheng-Cimini
Director, Human Resources
TIAX LLC

# The Pennsylvania State University



By Authority of the Board of Trustees and
Upon Recommendation of the Faculty, Hereby Confers Upon

## Anindya Apurba Boral

the degree of

## Master of Science

In recognition of the completion of advanced study in

## Mechanical Engineering

In Testimony Whereof the Undersigned Have Subscribed Their Names
and Affixed the Seal of the University this month of August, 1999.

_President of the_
_Board of Trustees_

_President of the University_

_Executive Vice President_
_and Provost of the University_

_Dean of the Graduate School_

01/18/99  GRADUATE TRANSCRIPT SENT TO.
1
PAGE  THIS TRANSCRIPT ISSUED

DIRECTLY TO THE STUDENT

**THE PENNSYLVANIA STATE UNIVERSITY**
OFFICE OF THE UNIVERSITY REGISTRAR - UNIVERSITY PARK, PA 16802

| LAST NAME | BORAL |
| FIRST NAME | ANINDYA |
| MIDDLE NAME | APURBA |

UNIVERSITY PARK, PA 16802

| MAJOR | M E / M S | ADMIT DATE | FALL 97 | ADMITTED FROM | NON US INST | B ENG 07/96 |

STUDENT NUMBER 210762551   BIRTH DATE 12/29/74

| COURSE | NO | TITLE | CREDIT | GRADE |
|--------|-----|-------|--------|-------|
| | | **FALL SEM 1997** | | |
| M E | 521 | FOUND FLUID MECH I | 3.0 | A- |
| M E | 540 | NUM SOL HEAT TRANS | 3.0 | A- |
| M E | 512 | CONDUCTION | 3.0 | A- |
| | | **SPRING SEM 1998** | | |
| M E | 420 | HEAT-EXCHANGER DES | 3.0 | A |
| M E | 513 | CONVECTION | 3.0 | A |
| M E | 522 | FOUND FLU MECH II | 3.0 | A |
| | | **SUMMER SEM 1998** | | |
| M E | 600 | THESIS RESEARCH | 6.0 | A |
| MATH | 411 | ORDINARY DIFF EQS | 3.0 | WN |
| MATH | 441 | MATRIX ALGEBRA | 3.0 | A |
| | | **FALL SEM 1998** | | |
| AERSP | 597B | ELEM MTHD FL MECH | 3.0 | A |
| M E | 517 | HEAT TRANS ENHNCMT | 3.0 | A |
| M E | 600 | THESIS RESEARCH | 3.0 | A |

SPECIAL ACTIONS AND NOTES

Transcript Key is printed on back of Official

| TERM/SEM | MAJOR | CUMULATIVE | | | TOTAL CREDITS EARNED |
|----------|-------|--------|----------|---------|------|
| | | CREDIT | GRADE PTS | AVERAGE | |
| FALL 97 | M E | 9.0 | 33.03 | 3.67 | 9.0 |
| SPRING 98 | M E | 18.0 | 69.03 | 3.84 | 18.0 |
| SUMMER 98 | M E | 27.0 | 105.03 | 3.89 | 27.0 |
| FALL 98 | M E | 36.0 | 141.03 | 3.92 | 36.0 |

An Official Transcript is printed on a blue Penn State background

The word COPY will appear if photocopied

Discoloration of this document indicates unauthorized alterations



University Registrar

END OF TRANSCRIPT

# University Of Pune

(Formerly University of Poona)

We, the Chancellor, the Vice Chancellor and the Members of the Management Council and the Academic Council of the University of Pune certify that _Boral    Arindya    Acurba_ of _College  of  Engineering    Pune,_ having been examined and found duly qualified for the degree of

# Bachelor of Engineering

( _Mechanical  Sandwich_ Branch)

and placed in the _First_ Class _With Distinction_ in _April_ 1996

The said degree has been conferred on him In testimony whereof is set the seal of the said University.

12th December 1996

Vice Chancellor

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>EAC-01-149-54089 | CASE TYPE I129 |
|---|---|
| RECEIPT DATE<br>April 11, 2001 | PRIORITY DATE | PETITION FOR A NONIMMIGRANT WORKER |
| NOTICE DATE<br>June 12, 2001 | PAGE<br>1 of 1 | PETITIONER<br>ARTHUR D LITTLE |

BENEFICIARY
BORAL, ANINDYA

LAURIE B. RICCIO
LAW OFFICES OF RICHARD M COSTA
18 TREMONT STREET STE 601
BOSTON MA 02108

Notice Type: Approval Notice
Class: H1B1
Valid from 06/08/2001 to 04/05/2004

The above petition and extension of stay have been approved. The status of the named foreign worker(s) in this classification is valid as indicated above. The foreign worker(s) can work for the petitioner, but only as detailed in the petition and for the period authorized. Any change in employment requires a new petition. Since this employment authorization stems from the filing of this petition, separate employment authorization documentation is not required. Please contact the IRS with any questions about tax withholding.

The petitioner should keep the upper portion of this notice. The lower portion should be given to the worker. He or she should keep the right part with his or her Form I-94, *Arrival Departure Record*. This should be turned in with the I-94 when departing the U.S. The left part is for his or her records. A person granted an extension of stay who leaves the U.S. must normally obtain a new visa before returning. The left part can be used in applying for the new visa. If a visa is not required, he or she should present it, along with any other required documentation, when applying for reentry in this new classification at a port of entry or pre-flight inspection station. The petitioner may also file Form I-824, *Application for Action on an Approved Application or Petition*, with this office to request that we notify a consulate, port of entry, or pre-flight inspection office of this approval.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
Customer Service Telephone: (802) 527-4913

Form I797A (Rev. 09/07/93)N

---

Detach This Half for Personal Records

Receipt # EAC-01-149-54089
I-94# 015238329 06
NAME BORAL, ANINDYA
CLASS H1B1

VALID FROM 06/08/2001 UNTIL 04/05/2004

PETITIONER: ARTHUR D LITTLE
ACORN PARK
CAMBRIDGE MA 02140-2390

Form I797A (Rev. 09/07/93)N

---

PLEASE TEAR OFF FORM I-94 PRINTED BELOW, AND STAPLE TO ORIGINAL I-94 IF AVAILABLE

015238329 06

Receipt Number EAC-01-149-54089
Immigration and
Naturalization Service
I-94
Departure Record                Petitioner: ARTHUR D L

| 14. Family Name<br>BORAL | |
|---|---|
| 15. First (Given) Name<br>ANINDYA | |
| 17. Country of Citizenship<br>INDIA | 16. Date of Birth<br>12/29/1 |

Notice of Action

| RECEIPT NUMBER | CASE TYPE | |
| --- | --- | --- |
| EAC-00-028-54326 | I129 PETITION FOR A NONIMMIGRANT WORKER | |

| RECEIPT DATE | PRIORITY DATE | PETITIONER |
| --- | --- | --- |
| November 9, 1999 | | MPR |

| NOTICE DATE | PAGE | BENEFICIARY |
| --- | --- | --- |
| January 7, 2000 | 1 of 1 | BORAL, ANINDYA |

ROBERT M. FOLEY
MARKS HOLMES FOLEY & MORALES P S
1001 FOURTH AVE SUITE 3130
SEATTLE WA 98154-1101

Notice Type: Approval Notice
Class: H1B1
Valid from 01/05/2000 to 11/01/2002

The above petition and change of status have been approved.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
Customer Service Telephone: (802) 527-1160
Form I797A (Rev. 09/07/93)N



Departure Number

090896951 10

Immigration and
Naturalization Service
I-94
Departure Record

U.S. IMMIGRATION
020          BOS          2053
ADMITTED

FEB X 6 2003

14 Family Name
B O R I A L                    CLASS     H1B
15. First (Given) Name          UNTIL     AUG 05 2004
A N I N D Y A
17. Country of Citizenship       16. Birth Date (Day/Mo/Yr)
I N D I A                        2 9 1 2 7 4

See Other Side

STAPLE HERE

Certificate of Eligibility for Nonimmigrant (F-1) Student
Status - For Academic and Language Students

OMB No. 1115-0051

This page must be completed and signed in the U.S. by a designated school official.

Page 3

1. Family Name (surname)

   BORAL

   First (given) name (do not enter middle name)

   Anindya

   Country of birth

   India

   Date of birth (mo./day/year)

   12/29/74

   Country of citizenship

   India

   Admission number (Complete if known)

   015 23832906

2. School (school district) name

   The Pennsylvania State University

   School official to be notified of student's arrival in U.S. (Name and Title)

   James F. Lynch, Jr., Director, Office of International Students

   School address (include zip code)

   222 Boucke Building, University Park, PA 16802

   School code (including 3-digit suffix, if any) and approval date

   PHI         214F    0579.001

   _____ approved on _____ 10/23/50

   For Immigration Official Use
   U.S. IMMIGRATION
   NEW YORK, N.Y. 2785

   AUG 1 1 1997

   CLASS

   ADMITTED
   UNTIL

   F/  /HS

   Visa issuing post    Date Visa issued

   Reinstated, extension granted to:

3. This certificate is issued to the student named above for:
   (Check and fill out as appropriate)

   a. ☒ Initial attendance at this school

   b. ☐ Continued attendance at this school

   c. ☐ School transfer.
      Transferred from

   d. ☐ Use by dependents for entering the United States.

   e. ☐ Other

4. Level of education the student is pursuing or will pursue in the United States:
   (check only one )

   a. ☐ Primary          e. ☒ Master's

   b. ☐ Secondary        f. ☐ Doctorate

   c. ☐ Associate        g. ☐ Language training

   d. ☐ Bachelor's       h. ☐ Other

5. The student named above has been accepted for a full course of study at
   this school, majoring in Mechanical Engineering

   The student is expected to report to the school no later than (date)
   08/13/97  and complete studies not later than (date) ___ 08/31/99
   The normal length of study is  2 years

6. ☒ English proficiency is required:

   ☒ The student has the required English proficiency

   ☐ The student is not yet proficient. English instructions will be given at
     the school.

   ☐ English proficiency is not required because

7. This school estimates the student's average costs for an academic term of
   _____ 12 _____ (up to 12) months to be:

   a. Tuition and fees            $ 10,074 (Fall & Spring)+

   b. Living expenses             $ 10,776 (includes books)

   c. Expenses of dependents      $ *

   d. Other(specify):             $ 608 (medical insurance)

      Total    $   21,458

8. This school has information showing the following as the students means of
   support, estimated for an academic term of ___ 12 ___ months (Use the same
   number of months given in item 7).

   a. Student's personal funds     $

   b. Funds from this school       $ 22,300
      (specify type)                 Assistantship

   c. Funds from another source    $
      (specify type and source)

   d. On-campus employment (if any) $

      Total    $   22,300

9. Remarks:  +Summer registration is optional; estimated tuition and
   books: $2,328.

   * I-20 issued for student only; NO dependents.

10. School Certification: I certify under penalty of perjury that all information provided above in items 1 through 8 was completed before I signed this form and is true and correct; I executed this form in the United States after review and evaluation in the United States by me or other officials of the school of the student's application, transcripts or other records of courses taken and proof of financial responsibility, which were received at the school prior to the execution of this form; the school has determined that the above named student's qualifications meet all standards for admission to the school, the student will be required to pursue a full course of study as defined by 8 CFR 214.2(f)(6); I am a designated official of the above named school and am authorized to issue this form.

   _Signature_    Barbara Rayman              Asst. Dir./FSA        04/30/97        University Park, PA  16802
   Signature of designated school official    Name of school official (print or type)   Title    Date issued    Place issued (city and state)

   Student Certification: I have read and agreed to comply with the terms and conditions of my admission and those of any extension of stay as specified on page 2. I certify that all information provided on this form refers specifically to me and is true and correct to the best of my knowledge. I certify that I seek to enter or remain in the United States temporarily, and solely for the purpose of pursuing a full course of study at the school named on page 1 of this form. I also authorize the named school to release any information from my records which is needed by the INS pursuant to 8 CFR 214.3(g) to determine my nonimmigrant status.

   _Anindya_             Anindya          BORAL                    6/6/97
   Signature of student          Name of student                          Date

   _____    _____    _____
   Signature of parent or guardian    Name of parent/guardian (Print or type)    Address (city)    (State or province)    (Country)    (Date)
   (student if student is under 18)

   -8/120(D)(Rev 04-27-88)N

   For official use only
   Microfilm Index Number

Page 4

IF YOU NEED MORE INFORMATION CONCERNING YOUR F-1 NONIMMIGRANT STUDENT STATUS AND THE RELATING IMMIGRATION PROCEDURES, PLEASE CONTACT EITHER YOUR FOREIGN STUDENT ADVISOR ON CAMPUS OR A NEARBY IMMIGRATION AND NATURALIZATION SERVICE OFFICE.

THIS PAGE, WHEN PROPERLY ENDORSED, MAY BE USED FOR ENTRY OF THE SPOUSE AND CHILDREN OF AN F-1 STUDENT FOLLOWING TO JOIN THE STUDENT IN THE UNITED STATES OR FOR REENTRY OF THE STUDENT TO ATTEND THE SAME SCHOOL AFTER A TEMPORARY ABSENCE FROM THE UNITED STATES.

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

For reentry of the student and/or the F-2 dependents (EACH CERTIFICATION SIGNATURE IS VALID FOR ONLY ONE YEAR.)

| Signature of Designated School Official | Name of School Official(print or type) | Title | Date |
|---|---|---|---|
| *[signature]* | Barbara Rayman, Assist. to the Dean & FSA | | 12/3/98 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Dependent spouse and children of the F-1 student who are seeking entry/reentry to the U.S.

| Name family (caps)        first | Date of birth | Country of birth | Relationship to the F-1 student |
|---|---|---|---|
| XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX | XXXXXXXX | XXXXXXXXXXX | XXXXXXXXXXX |
| XXXXXXXXXXXXXXXXX  XXXXXXXXXXXXXXX | XXXXXXXX | XXXXXXXXXXX | XXXXXXXXXXX |
| XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX | XXXXXXXX | XXXXXXXXXXX | XXXXXXXXXXX |
| XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX | XXXXXXXX | XXXXXXXXXXX | XXXXXXXXXXX |
| XXXXXXXXXXXXXXXXX  XXXXXXXXXXXXXXX | XXXXXXXX | XXXXXXXXXXX | XXXXXXXXXXX |
| XXXXXXXXXXXXXXXXX  XXXXXXXXXXXXXXX | XXXXXXXX | XXXXXXXXXXX | XXXXXXXXXXX |
| XXXXXXXXXXXXXXXXX  XXXXXXXXXXXXXXX | XXXXXXXX | XXXXXXXXXXX | XXXXXXXXXXX |
| XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX | XXXXXXXX | XXXXXXXXXXX | XXXXXXXXXXX |

Student Employment Authorization and other Records

| | |
|---|---|
| Full-time optional practical training in the field of Mechanical Engineering is recommended for Anindya Apurba Boral from July 1, 1999 to June 30, 2000.  *[signature]*  Barbara Rayman, Assist. to the Dean & FSA,  April 21, 1999 | |



U.S. DEPARTMENT OF JUSTICE Immigration and Naturalization Service

**EMPLOYMENT AUTHORIZATION CARD**

The person identified is authorized to work in the U.S. for the validity of this card

NAME BORAL, ANINDYA A

INS A# 1-130-784-831
CARD # EAC9916552587
Birthdate Category Sex
12/29/74 C03-A M
Country of Birth
India
Terms And Conditions
Student Optional Practical Trng

NOT VALID FOR REENTRY TO U.S.

CARD VALID FROM 07/01/99 EXPIRES 06/30/00

Fingerprint
not
available

FAX 617 498 7054

M2L 004796 419/// 20   J00070182  1

TIAX LLC
ACORN PARK
CAMBRIDGE, MA 02140

# Earnings Statement

Period Ending:   02/13/2004

Pay Date:   02/13/2004

ADP®

ANINDYA BORAL
25 LINDEN AVENUE
APT #12
SOMERVILLE, MA 02143

Taxable Marital Status:   Single
Exemptions/Allowances:
  Federal:   2
  MA:   1

Social Security Number: 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

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2692.31 | | 2,692.31 | |
| Gross Pay | | | $2,692.31 | 10,769.24 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Group Term Life | 0.74 | 2.96 |

| Deductions | Statutory | | year to date |
|---|---|---|---|
| | Federal Income Tax | -441.37 | |
| | Social Security Tax | -160.83 | 1,765.48 |
| | Medicare Tax | -37.61 | 643.30 |
| | MA State Income Tax | -120.19 | 150.45 |
| | | | 480.76 |
| | **Other** | | |
| | Pretax Dental | -10.27* | |
| | Pretax Medical | -88.84* | 41.08 |
| | Primary Checkng | -1,833.20 | 355.36 |
| | **Net Pay** | **$0.00** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$2,593.20

---

TIAX LLC
ACORN PARK
CAMBRIDGE, MA 02140

Advice number:   00000070182
Pay date:   02/13/2004

Deposited to the account of:
ANINDYA BORAL

| | account number | transit ABA | amount |
|---|---|---|---|
| | 567943277 | 2113 7112 | $1,833.20 |

THIS IS NOT A CHECK

NOT VALID AFTER 180 DAYS

**NON-NEGOTIABLE**

U.S. Department of Justice
Immigration and Naturalization Service

**Notice of Entry of Appearance
as Attorney or Representative**

Appearances - An appearance shall be filed on this form by the attorney or representative appearing in each case. Thereafter, substitution may be permitted upon the written withdrawal of the attorney or representative of record or upon notification of the new attorney or representative. When an appearance is made by a person acting in a representative capacity, his personal appearance or signature shall constitute a representation that under the provisions of this chapter he is authorized and qualified to represent. Further proof of authority to act in a representative capacity may be required. **Availability of Records** - During the time a case is pending, and except as otherwise provided in 8 CFR 103.2(b), a party to a proceeding or his attorney or representative shall be permitted to examine the record of proceeding in a Service office. He may, in conformity with 8 CFR 103.10, obtain copies of Service records or information therefrom and copies of documents or transcripts of evidence furnished by him. Upon request, he/she may, in addition, be loaned a copy of the testimony and exhibits contained in the record of proceeding upon giving his/her receipt for such copies and pledging that it will be surrendered upon final disposition of the case or upon demand. If extra copies of exhibits do not exist, they shall not be furnished free on loan; however, they shall be made available for copying or purchase of copies as provided in 8 CFR 103.10.

| In re: On behalf of Jayati BORAL | Date: 02/18/2004 |
|---|---|
| | File No. N/A |

I hereby enter my appearance as attorney for (or representative of), and at the request of the following named person(s):

| Name: Jayati BORAL | ☐ Petitioner    ☒ Applicant |
|---|---|
| | ☐ Beneficiary |

| Address: (Apt. No.)    (Number & Street) | (City) | (State) | (Zip Code) |
|---|---|---|---|
| 12    25 Linden Avenue | Somerville | MA | 02143 |

| Name: | ☐ Petitioner    ☐ Applicant |
|---|---|
| | ☐ Beneficiary |

| Address: (Apt. No.)    (Number & Street) | (City) | (State) | (Zip Code) |
|---|---|---|---|

*Check applicable item(s) below:*

☒ 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia

U.S. Supreme Court
_____ and am not under a court or administrative agency
Name of Court
order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

☐ 2. I am an accredited representative of the following named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board:

☐ 3. I am associated with

the attorney of record previously filed a notice of appearance in this case and my appearance is at his request. *(If you check this item, also check item 1 or 2 whichever is appropriate.)*

☐ 4. Others (Explain Fully.)

| SIGNATURE | COMPLETE ADDRESS Law Offices of Richard M. Costa 18 Tremont Street Suite 601 Boston MA 02108 |
|---|---|
| NAME (Type or Print) Richard M Costa/Laurie B Riccio/Cecilia M Hanley/Adrienne J Vaughan/ ☒ | TELEPHONE NUMBER (617)742-4444    Fax Number : (617)742-0805 |

*PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS:*

Richard M Costa/Laurie B Riccio/Cecilia M Hanley/Adrienne J Vaughan/ Ellen R Davey-Fleming

(Name of Attorney or Representative)

*THE ABOVE CONSENT TO DISCLOSURE IS IN CONNECTION WITH THE FOLLOWING MATTER:*

All Immigration Matters

| Name of Person Consenting Jayati BORAL | Signature of Person Consenting | Date 02/23/04 |
|---|---|---|

(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.)

This form may not be used to request records under the Freedom of Information Act or the Privacy Act. The manner of requesting such records is contained in 8CFR 103.10 and 103.20 Et SEQ.

Form G-28 (09/26/00)Y

U.S. Department of Justice
Immigration and Naturalization Service

**Application to Extend/Change Nonimmigrant Status**

OMB No. 1115-0093; Expires 7/31/04

START HERE - Please Type or Print.

## Part 1.    Information about you.

| | | |
|---|---|---|
| Family Name: BORAL | Given Name: Jayati | Middle Initial: |
| Address - In care of - | | |
| Street Number and Name: 25 Linden Avenue | | Apt. # 12 |
| City: Somerville | State: MA | Zip Code: 02143 | Daytime Phone #: 617-625-8677 |
| Country of Birth: India | | Country of Citizenship: India |
| Date of Birth (MM/DD/YYYY): 11/28/1979 | Social Security # (if any): | A # (if any): |
| Date of Last Arrival Into the U.S.: 02/06/2003 | I-94 #: 090277862 10 | |
| Current Nonimmigrant Status: H-4 | Expires on (MM/DD/YYYY): 04/05/2004 | |

## Part 2.  Application type. *(See instructions for fee.)*

1. I am applying for: *(Check one.)*
   a. [x] An extension of stay in my current status.
   b. [ ] A change of status. The new status I am requesting is: _____
   c. [ ] Other: *(Describe grounds of eligibility.)* _____
2. Number of people included in this application: *(Check one.)*
   a. [x] I am the only applicant.
   b. [ ] Members of my family are filing this application with me.
      The total number of people (including me) in the application is: _____
      *(Complete the supplement for each co-applicant.)*

## Part 3.  Processin  information.

1. I/We request that my/our current or requested status be extended until MM/DD/YYYY : 01/04/2006
2. Is this application based on an extension or change of status already granted to your spouse, child or parent?
   [x] o [ ] Yes. Receipt # _____
3. Is this application based on a separate petition or application to give your spouse, child or parent an extension or change of status? [ ] o [x] Yes, filed with this I-539.
   [ ] Yes, filed previously and pending with INS. INS receipt number: _____
4. If you answered "Yes" to Question 3, give the name of the petitioner or applicant:

   Anindya BORAL

   If the petition or application is pending with INS, also give the following information:

   | Office filed at | Filed on (MM/DD/YYYY) |
   |---|---|

## Part 4.  Additional information.

1. For applicant #1, provide passport information:
   Country of Issuance India    Valid to: (MM/DD/YYYY) 04/01/2012
2. Foreign Address: Street Number and Name
   4/A Kailasdeep    Apt. # 7
   | City or Town: Chikalwadi Khadki | State or Province: Pune |
   | Country: India | Zip/Postal Code: |

### FOR INS USE ONLY

| | |
|---|---|
| Returned | Receipt |
| Date | |
| Resubmitted | |
| Date | |
| Reloc Sent | |
| Date | |
| Reloc Rec'd | |
| Date | |
| [ ] Applicant Interviewed on | |
| Date | |

[ ] *Extension Granted to (Date)* _____

*Change of Status/Extension Granted*
New Class:  From *(Date):* _____
To *(Date):* _____

If Denied:
[ ] Still within period of stay
[ ] S/D to: _____
[ ] Place under docket control

**Remarks:**

**Action Block**

**To be Completed by**
*Attorney or Representative, if any*

[x] Fill in box if G-28 is attached to represent the applicant

ATTY State License # _____

**Part 4.  Additional information.**

| 3. | Answer the following questions.  If you answer "Yes" to any question, explain on separate sheet of paper. | Yes | No |
|---|---|---|---|
| a. | Are you, or any other person included on the application, an applicant for an immigrant visa? | | ☒ |
| b. | Has an immigrant petition ever been filed for you or for any other person included in this application? | | ☒ |
| c. | Has a Form I-485, Application to Register Permanent Residence or Adjust Status, ever been filed by you or by any other person included in this application? | | ☒ |
| d. | Have you, or any other person included in this application, ever been arrested or convicted of any criminal offense since last entering the U.S.? | | ☒ |
| e. | Have you, or any other person included in this application, done anything that violated the terms of the nonimmigrant status you now hold? | | ☒ |
| f. | Are you, or any other person included in this application, now in removal proceedings? | | ☒ |
| g. | Have you, or any other person included in this application, been employed in the U.S. since last admitted or granted an extension or change of status? | | ☒ |

- If you answered "Yes" to Question 3f, give the following information concerning the removal proceedings on the attached page entitled **"Part 4.  Additional information.  Page for answers to 3f and 3g."**  Include the name of the person in removal proceedings and information on jurisdiction, date proceedings began and status of proceedings.
- If you answered "No" to Question 3g, fully describe how you are supporting yourself on the attached page entitled **"Part 4. Additional information.  Page for answers to 3f and 3g."**  Include the source, amount and basis for any income.
- If you answered "Yes" to Question 3g, fully describe the employment on the attached page entitled **"Part 4.  Additional information.  Page for answers to 3f and 3g."**  Include the name of the person employed, name and address of the employer, weekly income and whether the employment was specifically authorized by INS.

**Part 5.  Signature.**  (*Read the information on penalties in the instructions before completing this section.  You must file this application while in the United States.*)

I certify, under penalty of perjury under the laws of the United States of America, that this application and the evidence submitted with it is all true and correct.  I authorize the release of any information from my records which the Immigration and Naturalization Service needs to determine eligibility for the benefit I am seeking.

| Signature | Print your Name | Date, |
|---|---|---|
| | Jayati BORAL | 02/23/04 |

***Please note:***  *If you do not completely fill out this form, or fail to submit required documents listed in the instructions, you may not be found eligible for the requested benefit and this application will have to be denied.*

**Part 6.  Signature of person preparing form, if other than above.**  *(Sign below.)*

I declare that I prepared this application at the request of the above person and it is based on all information of which I have knowledge.

| Signature | Print your Name | Date |
|---|---|---|
| | Richard M Costa/Laurie B Riccio/Cecilia M Hanley/Adrienne J Vaughan/ Ellen R Davey-Fleming | |
| **Firm Name and Address**  Law Offices of Richard M. Costa  18 Tremont Street Suite 601 Boston MA 02108 | Daytime Phone Number  (617)742-4444  *(Area Code and Number)* | |
| | Fax Number  (617)742-0805  *(Area Code and Number)* | |

*(Please remember to enclose the mailing label with your application.)*

**Part 4.  Additional information.  Page for answers to 3f and 3g.**

**If you answered "Yes" to Question 3f** in Part 4 on page 3 of this form. give the following information concerning the removal proceedings. Include the name of the person in removal proceedings and information on jurisdiction. date proceedings began and status of proceedings.

**If you answered "No" to Question 3g** in Part 4 on page 3 of this form. fully describe how you are supporting yourself.  Include the source. amount and basis for any income.

Dependent upon H-1B of spouse

**If you answered "Yes" to Question 3g** in Part 4 on page 3 of this form. fully describe the employment.  Include the name of the person employed. name and address of the employer. weekly income and whether the employment was specifically authorized by INS.

Issuing Post Name MUMBAI (BOMBAY)
Surname BORAL
Given Name JAYATI
Passport Number E4058585
Sex F
Entries M
Issue Date 04FEB2003
Annotation RA: BORAL ANINDYA
PN-ARTHUR D LITTLE
R#-EAC-0114954089
PED 05APR2004
Control Number 20030159120001

**VISA**

Departure Number

090277862 10

Immigration and Naturalization Service

**I-94**
**Departure Record**

U.S. IMMIGRATION
020 BOS 2053
ADMITTED
FEB X 6 2003

CLASS H4
UNTIL APR 05 2004

14. Family Name
BORAL

15. First (Given) Name
JAYATI

16. Birth Date (Day/Mo/Yr)
28 11 79

17. Country of Citizenship
INDIA

See Other Side

STAPLE HERE

**Warning** - A nonimmigrant who accepts unauthorized employment is subject
to deportation.

**Important** - Retain this permit in your possession; *you must surrender it when you
leave the U.S.* Failure to do so may delay your entry into the U.S. in the future.
You are authorized to stay in the U.S. only until the date written on this form. To
remain past this date, without permission from immigration authorities, is a violation
of the law.

**Surrender this permit when you leave the U.S.:**
  - By sea or air, to the transportation line;
  - Across the Canadian border, to a Canadian Official;
  - Across the Mexican border, to a U.S. Official.
Students planning to reenter the U.S. within 30 days to return to the same school, see
"Arrival-Departure" on page 2 of Form I-20 **prior to surrendering this permit.**

### Record of Changes

Port:

Date:                                                    **Departure Record**

Carrier:

Flight #/Ship Name:



West Bengal Form I       135.

# CERTIFICATE OF MARRIAGE

(Under Section 13 of Act XLIII of 1954)

I, _____ PRATAP KUMAR MONDAL _____, hereby certify that on the ___ 20TH ___ day of ___ JANUARY ___ 2003, ___ ANINDYA APURBA BORAL ___ son of ___ DR. APURBA K. BORAL ___ and ___ JAYATI ARUN MUKHERJEE ___ daughter of ___ ARUN KUMAR MUKHERJEE ___ appeared before me and that each of them, in my presence and in the presence of three witnesses who have signed hereunder, made the declarations required by Section 11 of Act XLIII of 1954, and that a marriage under this Act was solemnised between them in my presence.

P. K. Mondal
Marriage Officer
Under Special Marriage act, 1954
For Calcutta & 24 Pgs. (South) District

(Signature of Officer) _Pratap Kumar Mondal_

Marriage Officer under Act XLIII of 1954,

for the District of _C. M. C & 24-PAR(S_

(Signature of Bridegroom) _____

(Signature of Bride) _____

(Signatures of three witnesses)

(1) Arun Kumar Mukherjee, 12B Bose pukur Road, Calcutta-42)

(2) Apurba Krishna Boral; K-6, cluster-X, Sec.-3; Salt Lake; Calcutta-97

(3) A. N. Gangopadhyay, CG-107, Salt Lake city, Calcutta 700091

Dated the ___ 20TH ___ day of ___ JANUARY ___ 2003.

True Copy.

P. K. Mondal
Marriage Officer
Under Special Marriage act, 1954
For Calcutta & 24 Pgs. (South) District
Marriage Officer under Act XLIII of 1954,

Dated the ___ 20TH ___ day of ___ JANUARY ___ 2003.

for the District of _C. M. C & 24-PAR(S_

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | |
|---|---|---|
| EAC-04-107-51197 | | |

| RECEIVED DATE | PRIORITY DATE | CASE TYPE  I129 |
|---|---|---|
| March 1, 2004 | | PETITION FOR A NONIMMIGRANT WORKER |

| NOTICE DATE | PAGE | PETITIONER |
|---|---|---|
| March 2, 2004 | 1 of 1 | ITAX LLC |

| | | BENEFICIARY |
|---|---|---|
| | | DORAL, ANINDYA A. |

LAURIE B. RICCIO
LAW OFFICES OF RICHARD M COSTA
18 TREMONT STREET SUITE 601
BOSTON MA 02108

Notice Type:   Receipt Notice

Amount received: $  130.00

The above application or petition has been received.  It usually takes 90 to 150 days from the date of this receipt for us to process this type of case.  Please notify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this case.  You can also use the phone number (800) 375-5283 to obtain case status information direct from our automated system 24 hours a day with a touch tone phone and the receipt number for this case (at the top of this notice).

If you have other questions about possible immigration benefits and services, filing information, or Immigration and Naturalization Service forms, please call the INS National Customer Service Center (NCSC) at 1-800-375-5283.  If you are hearing impaired, please call our TDD at 1-800-767-1833.

You can also visit the INS on the internet at www.ins.usdoj.gov.  On our web site you can get up to date case status information on your case and find valuable information about immigration services and benefits.

Please see the additional information on the back.  You will be notified separately about any other cases you filed.

IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
  LOWER WELDEN STREET
ST ALBANS VT 05479-0001
Customer Service Telephone:  (800) 375-5283



# EXHIBIT B

Department of Homeland Security
U.S. Citizenship and Immigration Services

I-797C, Notice of Action

## THE UNITED STATES OF AMERICA

| | | |
|---|---|---|
| RECEIPT NUMBER<br>EAC-04-107-51258 | CASE TYPE I539<br>APPLICATION TO EXTEND/CHANGE NONIMMIGRANT STATUS | |
| RECEIVED DATE<br>March 1, 2004 | PRIORITY DATE | APPLICANT<br>BORAL, JAYATI |
| NOTICE DATE<br>March 2, 2004 | PAGE<br>1 of 1 | |

LAURIE B. RICCIO
LAW OFFICES OF RICHARD M COSTA
18 TREMONT STREET SUITE 601
BOSTON MA 02108

Notice Type:  Receipt Notice

Amount received: $  140.00

The above application or petition has been received. It usually takes 60 to 90 days from the date of this receipt for us to process this type of case. Please notify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this case. You can also use the phone number (800) 375-5283 to obtain case status information direct from our automated system 24 hours a day with a touch-tone phone and the receipt number for this case (at the top of this notice).

If you have other questions about possible immigration benefits and services, filing information, or immigration and Naturalization Service forms, please call the INS National Customer Service Center (NCSC) at 1-800-375-5283. If you are hearing impaired, please call our TDD at 1-800-767-1833.

You can also visit the INS on the Internet at www.bcis.gov. On our web site you can get up to date case status information on your case and find valuable information about immigration services and benefits.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
Customer Service Telephone: (800) 375-5283



*Law Offices of*
# RICHARD M. COSTA
18 Tremont Street
Boston, Massachusetts 02108

*Richard M. Costa*
*Laurie B. Riccio*
*Cecilia M. Hanley*
*Ellen Davey-Fleming*
*Adrienne J. Vaughan*

*Tel:(617)742-4444*
*Fax:(617)742-0805*
*Email: Richard@Rcosta.com*

May 25, 2004

Premium Processing
Vermont Service Center
30 Houghton Street
St. Albans, VT 05478-2399

Re:     Mr. Anindya BORAL
        EAC-04-107-51197

Dear Sir or Madam:

Enclosed please find the Form I-907: Request for Premium Processing Service and a check in the amount of $1,000. Please attach the form to the above referenced petition and process the case within the allotted fifteen-day period. Should you have any questions please do not hesitate to contact this office. Thank you for your attention to this matter.

Very truly yours,

Laurie B. Riccio

LBR/mmg
Cc:     Ms. Cheng-Cimini



COPY
# EXHIBIT C

U.S. Department of Justice
Immigration and Naturalization Service

OMB No. 1115- 0241

# Request for Premium Processing Service

**START HERE - Please Type or Print**

## Part 1.  Information about you. *(Person or business filing this request.)*

**If filed on your own behalf:** Individual Named in the Related Case

| Family Name (Last Name) | Given Name (First Name) | Full Middle Name |
|---|---|---|
| | | |

**If filed on behalf of a company:** Company or Business Named in the Related Case

TIAX LLC

**Mailing Address:** Street Number and Name / P.O. Box Number

Acorn Park

| Name of Company Contact | Title/Position |
|---|---|
| Angela Cheng-Cimini | Human Resources |

| City | State/Province | Zip/Postal Code |
|---|---|---|
| Cambridge | MA | 02140 |

IRS Tax # (if any)

46-0478749

You (the person submitting this request):

- [ ] Are the person named in the relating petition/application.
- [ ] Work for company/business named in the relating petition or application.
- [x] Are an attorney/representative.

**Your Preferred Form of Communication:**  [ ] Mail  [ ] Phone  [ ] Fax  [x] e:Mail

| Phone Number (Area/Country Code) | Fax Number (Area/Country Code) |
|---|---|
| (617)742-4444 | (617)742-0805 |

### FOR INS USE ONLY

Request Physically Received by INS

Receipt

Date

Date Returned

Date

Date Resubmitted

Date

Date

**To Be Completed By** *Attorney or Representative,* if any. Fill in box if G-28 is attached to represent the applicant.  [x]

ATTY State License #

e:Mail Address

MelissaF@rcosta.com

## Part 2.  Information about request.

| 1.  Form number of related petition or application. | 2.  Classification type being requested |
|---|---|
| I-129 | H-1B |
| 3.  Petitioner on the relating case | 4.  Beneficiary on the relating case |
| TIAX LLC | Anindya A. BORAL |

## Part 3.  Signature. *(Read the information on penalties in the instructions before completing this section.)*

It is understood that if the Immigration and Naturalization Service (INS) does not issue a notice or make a request for additional evidence within 15 calendar days after this request has been physically received in the appropriate INS office, a full refund will be given to the addressee shown in Part 1 of this request.

I certify, under penalty of perjury under the laws of the United States of America, that the information provided with this request is all true and correct. I authorize the release of any information from my records which the INS needs to determine eligibility for the benefit being sought.

| Signature | Title (if applicable) |
|---|---|
| | Attorney |
| **Print Your Name** | Date (MM/DD/YYYY) |
| Laurie B. Riccio/Cecilia M. Hanley | |

## Part 4.  Signature of person preparing form if other than above. *(Sign below.)*

I declare that I prepared this application at the request of the above person and it is based on all information of which I have knowledge.

| Signature | Print Your Name | Date |
|---|---|---|
| | RICHARD M COSTA/LAURIE B RICCIO/CECILIA M HANLEY/ADRIENNE J VAUGHAN/ ELLEN R DAVEY- | |

| Firm Name and Address | Daytime Phone Number (Area Code and Number) |
|---|---|
| LAW OFFICES OF RICHARD M. COSTA 18 TREMONT STREET SUITE 601 BOSTON MA 02108    Fax : (617)742-0805 | (617)742-4444 |

Form I-907 (Rev. 05/16/01)N

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797, Notice of Action**

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>EAC-04-107-51197 | | CASE TYPE  I129<br>PETITION FOR A NONIMMIGRANT WORKER |
|---|---|---|
| RECEIVED DATE<br>May 26, 2004 | PRIORITY DATE | PETITIONER<br>TIAX LLC |
| NOTICE DATE<br>June 8, 2004 | PAGE<br>1 of 1 | BENEFICIARY<br>BORAL, ANINDYA A. |

LAURIE B. RICCIO
LAW OFFICES OF RICHARD M COSTA
18 TREMONT STREET SUITE 601
BOSTON MA 02108

Notice Type:  Premium Processing
              Receipt Notice
Amount received: $ 1130.00

Thank you for choosing to use the Immigration and Naturalization Service's Premium Processing Program.  The above petition or application has been received and accepted as a Premium Processing case.  You should receive a notice regarding your case within 15 days from the date shown on the received date above.  If the Service needs to contact you regarding your case they may do so by mail, telephone, facsimile or e-mail using the information you provided.

Please notify us immediately if any of the above information is incorrect.

If you need to contact us regarding your Premium Processing case you can do so using the information immediately below. The mailing address, e-mail address and phone number listed below is for use in relation to cases filed under the Premium Processing Service program only.  You can obtain case status information from our automated system 24 hours a day with a touch-tone phone and the receipt number for this case shown above by calling the phone number listed below.

    Routine Mail and Courier Delivery Address:

    VSC Premium Processing
    Vermont Service Center,
    40 Houghton Street,
    St. Albans, VT  05478-2399

    PP Phone Number. (802) 527-3192

    Email box: VSC-Premium.Processing@dhs.gov

If you have other questions about possible immigration benefits and services, filing information, or Immigration and Naturalization Service forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**.  If you are hearing impaired, please call our TDD at **1-800-767-1833**.

You can also visit the INS on the internet at www.bcis.gov. On our web site you can get up-to-date case status information on your case and find valuable information about immigration services and benefits.

Please see the additional information on the back.  You will be notified separately about any other cases you filed.



# EXHIBIT  D

*Law Offices of*

# RICHARD M. COSTA

## 18 TREMONT STREET

## BOSTON, MASSACHUSETTS 02108

*Richard M. Costa*
*Laurie B. Riccio*
*Cecilia M. Hanley*
*Ellen Davey-Fleming*
*Adrienne J. Vaughan*

*Tel:(617)742-4444*
*Fax:(617)742-0805*
*Email: Richard@Rcosta.com*

November 11, 2004

Ms. Maureen O'Sullivan
Kaplan, O'Sullivan & Friedman
10 Winthrop Square, Suite 300
Boston, MA 02110

RE:    Mr. Anindya BORAL – TIAX LLC

Dear Maureen:

Pursuant to a request by TIAX LLC, we are forwarding to your office a complete copy of the H-1B petition extension filed by our office on behalf of Mr. Boral.

Please note, for your records, that our office was informed by an officer in the Vermont Service Center's Premium Processing Unit on July 8, 2004, that Mr. Boral's case was chosen for a random security check. Our office has continued to contact the Premium Processing Unit by phone on a monthly basis for updates with no results.

Thank you for your assistance with the matter.

Very truly yours,

Laurie B. Riccio

LBR/mmg



# EXHIBIT E

*Law Offices of*
# RICHARD M. COSTA
### 18 TREMONT STREET
### BOSTON, MASSACHUSETTS 02108

*Richard M. Costa*
*Laurie B. Riccio*
*Cecilia M. Hanley*
*Ellen Davey-Fleming*
*Adrienne J. Vaughan*

*Tel:(617)742-4444*
*Fax:(617)742-0805*
*Email: Richard@Rcosta.com*

October 13, 2004

Premium Processing
Vermont Service Center
30 Houghton Street
St. Albans, VT 05478-2399

**URGENT ATTENTION REQUESTED**

Re:    Mr. Anindya BORAL
       EAC-04-107-51197

Dear Sir or Madam:

Please be advised that Mr. Boral's H-1B extension was submitted for adjudication on March 1, 2004. On May 26, 2004 the case was transferred to the Premium Processing Unit for expedited review. After several conversations with officers in your unit, we learned that Mr. Boral's case has been randomly selected for a security review. The case has been pending with the Premium Processing Unit now for four months.

If it is at all possible, please request that the State Department expedite their review of Mr. Boral's history. TIAX LLC. and Mr. Anindya Boral are quite concerned with the delay as Mr. Boral is rapidly approaching the 240 day cut off for continued employment. According to 8 C.F.R. 274a.12(b)(20) "A nonimmigrant alien… whose status has expired but who has a timely application for an extension of stay… are authorized to continue employment with the same employer for a period not to exceed 240 days beginning on the date of expiration of the authorized period of stay."

If any background information is necessary, Mr. Boral is more than willing to assist in any way possible. Please feel free to contact our office with any questions.

Very truly yours,

Laurie B. Riccio

LBR/mmg



# EXHIBIT F

ng (internships, coop-
work-study programs
ied curriculum) after
n a Service approved
ic year.  Curricular
ill-time) is authorized
cial on the student's
sement is necessary

rnational organization
t to § 214.2(g) of this
is may be employed
entity or the interna-

official or represen-
ation (G–5), pursuant
n alien in this status
cial or representative

rainee (H–1, H–2A,
1.2(h) of this chapter.
mployed only by the
us was obtained.  In
.thlete who is traded
r organization, em-
yer will automatical-
after acquisition by
time the new orga-
w Form I–129 to
f a new Form I–129
ment authorization
' is filed within 30
ployment authoriza-
is adjudicated.  If
ment authorization

'sentative (I), pur-
An alien in this
he sponsoring for-
oyment authoriza-
nts of an informa-
nated "I";

I), pursuant to
FR part 62.  An
yed only by the
appropriate des-
the program ap-
s set forth in the
ity, issued by the

(L–1), pursuant
:n in this status
itioner through

' ability in the
athletics (O–1)

and an accompanying alien (O–2), pursuant to
§ 214.2(o) of this chapter.  An alien in this status may
be employed only by the petitioner through whom the
status was obtained.  In the case of a professional O–1
athlete who is traded from one organization to another
organization, employment authorization for the player
will automatically continue for a period of 30 days
after the acquisition by the new organization, within
which time the new organization is expected to file a
new Form I–129 petition for O nonimmigrant classifi-
cation.  If a new Form I–129 is not filed within 30
days, employment authorization will cease.  If a new
Form I–129 is filed within 30 days, the professional
athlete's employment authorization will continue until
the petition is adjudicated.  If the new petition is
denied, employment authorization will cease.

(14) An athlete, artist, or entertainer (P–1, P–2, or
P–3), pursuant to § 214.2(p) of this chapter.  An alien
in this status may be employed only by the petitioner
through whom the status was obtained.  In the case of
a professional P–1 athlete who is traded from one
organization to another organization, employment au-
thorization for the player will automatically continue
for a period of 30 days after the acquisition by the
new organization, within which time the new organiza-
tion is expected to file a new Form I–129 for P–1
nonimmigrant classification.  If a new Form I–129 is
not filed within 30 days, employment authorization will
cease.  If a new Form I–129 is filed within 30 days,
the professional athlete's employment authorization
will continue until the petition is adjudicated.  If the
new petition is denied, employment authorization will
cease;

(15) An international cultural exchange visitor
(Q–1), according to § 214.2(q)(1) of this chapter.  An
alien may only be employed by the petitioner through
whom the status was obtained;

(16) An alien having a religious occupation, pursu-
ant to § 214.2(r) of this chapter.  An alien in this
status may be employed only by the religious organi-
zation through whom the status was obtained;

(17) Officers and personnel of the armed services of
nations of the North Atlantic Treaty Organization, and
representatives, officials, and staff employees of
NATO (NATO–1, NATO–2, NATO–3, NATO–4,
NATO–5 and NATO–6), pursuant to § 214.2(o) of this
chapter.  An alien in this status may be employed
only by NATO;

(18) An attendant, servant or personal employee
(NATO–7) of an alien admitted as a NATO–1,
NATO–2, NATO–3, NATO–4, NATO–5, or NATO–6,
pursuant to § 214.2(o) of this chapter.  An alien ad-
mitted under this classification may be employed only
by the NATO alien through whom the status was
obtained;

(19) A nonimmigrant pursuant to section 214(e) of
the Act.  An alien in this status must be engaged in
business activities at a professional level in accordance
with the provisions of Chapter 16 of the North Ameri-
can Free Trade Agreement (NAFTA); or

(20) A nonimmigrant alien within the class of aliens
described in paragraphs (b)(2), (b)(5), (b)(8), (b)(9),
(b)(10), (b)(11), (b)(12), (b)(13), (b)(14), (b)(16), and
(b)(19) of this section whose status has expired but
who has filed a timely application for an extension of
such stay pursuant to §§ 214.2 or 214.6 of this chap-
ter.  These aliens are authorized to continue employ-
ment with the same employer for a period not to
exceed 240 days beginning on the date of the expira-
tion of the authorized period of stay.  Such authoriza-
tion shall be subject to any conditions and limitations
noted on the initial authorization.  However, if the
district director or service center director adjudicates
the application prior to the expiration of this 240 day
period and denies the application for extension of stay,
the employment authorization under this paragraph
shall automatically terminate upon notification of the
denial decision.

(c) Aliens who must apply for employment authori-
zation.  An alien within a class of aliens described in
this section must apply for work authorization.  If
authorized, such an alien may accept employment
subject to any restrictions stated in the regulations or
cited on the employment authorization document:

(1) An alien spouse or unmarried dependent child;
son or daughter of a foreign government official (A–1
or A–2) pursuant to § 214.2(a)(2) of this chapter and
who presents a fully executed Form I–566 bearing the
endorsement of an authorized representative of the
Department of State;

(2) An alien spouse or unmarried dependent son or
daughter of an alien employee of the Coordination
Council for North American Affairs (E–1) pursuant to
§ 214.2(e) of this chapter;

(3) A nonimmigrant (F–1) student who:

(i) Is seeking employment for purposes of optional
practical training pursuant to 8 CFR 214.2(f), provided
the alien will be employed only in an occupation which
is directly related to his or her area of studies and
that he or she presents an I–20 ID endorsed by the
designated school official;

(ii) Has been offered employment under the spon-
sorship of an international organization within the
meaning of the International Organization Immunities
Act (59 Stat. 669) and who presents a written certifi-
cation from the international organization that the
proposed employment is within the scope of the orga-
nization's sponsorship.  The F–1 student must also
present a Form I–20 ID or SEVIS Form I–20 with
employment page completed by DSO certifying eligi-
bility for employment; or

(iii) Is seeking employment because of severe eco-
nomic hardship pursuant to 8 CFR 214.2(f)(9)(ii)(C)

1489

# KAPLAN, O'SULLIVAN & FRIEDMAN, LLP
## Attorneys At Law

Ten Winthrop Square • Third Floor, Boston, Massachusetts 02110
E-Mail: info@kof-law.com • *www.kof-law.com*

Harvey Kaplan
Maureen O'Sullivan
Jeremiah Friedman

Tel: (617) 482-4500
Fax: (617) 451-6828
Fax: (617) 451-6826

November 17, 2004

Premium Processing Unit
US CIS
Vermont Service Center
30 Houghton Street
St. Albans, VT 05478-2399

**Re:    H-1B Petition submitted by TIAX, LLC**
**on Behalf of Mr. Anindya BORAL , EAC 04-107-51197**

### NOTICE OF INTENT TO FILE MANDAMUS ACTION IN
### FEDERAL DISTRICT COURT

Dear Officer:

Please be advised the I now represent Tiax, LLC in connection with this H-1B extension which was filed on behalf of Mr. Boral. As you know, this application was initially submitted for adjudication on March 1, 2004. On May 26, 2004 the case was transferred to the premium processing unit. The Petitioner and Mr. Boral were then represented by previous counsel who contacted your unit by letter and telephone on several occasions.  They were apparently told that Mr. Boral's case had been randomly selected for a "security review."

Please consider this letter as official notice that if this petition is not adjudicated within the next 10 days, we intend to file a mandamus action in Federal District Court on November 29, 2004.

Both the Petitioner and Beneficiary need this petition to be adjudicated so that he can continue working beyond December 1, 2004. Otherwise he will be forced to come off the payroll causing hardship to both the employer and employee.

If you need any further information whatsoever, or if there is anything we can do to assist in the processing of this case, please do not hesitate to contact me. Otherwise, we will simply submit the mandamus on November 29, 2004.

Thank you very much.

Sincerely yours ,

Maureen O'Sullivan
MOS:wo
Enclosures
cc: Angela Cheng-Cimini, Human Resources TIAX, LLC

# EXHIBIT G

**U.S. Department of Justice**
Immigration and Naturalization Service

**Notice of Entry of Appearance
as Attorney or Representative**

**Appearance** - An appearance shall be filed on this form by the attorney or representative appearing in each case. Thereafter, substitution may be permitted upon the written withdrawal of the attorney or representative of record or upon notification of the new attorney or representation. When an appearance is made by a person acting in a representative capacity, his personal appearance or signature shall constitute a representation that under the provisions of this chapter he is authorized and qualified to represent. Further proof of authority to act in a representative capacity may be required. **Availability of Records** - During the time a case is pending, and except as otherwise provided in 8CFR 103.2(b), a party to a proceeding or his attorney or representative shall be permitted to examine the record of proceeding in a Service office. He may, in conformity with 8 CFR 103.10, obtain copies of Service records or information therefrom and copies of documents or transcripts of evidence furnished by him. Upon request, he/she may, in addition, be loaned a copy of the testimony and exhibits contained in the record of proceeding upon giving his/her receipt for such copies and pledging that it will be surrendered upon final disposition of the case or upon demand. If extra copies of exhibits do not exist, they shall not be furnished free on loan; however, they shall be made available for copying or purchase of copies as provided in 8 CFR 103.10.

| In re: **TIAX LLC** | Date    / / |
|---|---|
| **On behalf of Anindya A. BORAL** | File No. |

I hereby enter my appearance as attorney for (or representative of), and at the request of, the following named person(s):

| Name **TIAX          LLC** | ☐ Petitioner    ☒ Applicant<br>☐ Beneficiary |
|---|---|

| Address  (Apt. No.)        (Number & Street)<br>**15 Acorn Park** | (City)<br>**Cambridge** | (State)<br>**MA** | (ZIP Code)<br>**02140** |
|---|---|---|---|

| Name **Anindya  A. BORAL** | ☐ Petitioner    ☐ Applicant<br>☐ Beneficiary |
|---|---|

| Address  (Apt. No.)        (Number & Street)<br>**25 Linden Ave. #12** | (City)<br>**Somerville** | (State)<br>**MA** | (ZIP Code)<br>**02143** |
|---|---|---|---|

*Check applicable Item(s) below:*

☒ 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia
**MASSACHUSETTS**                         **SJC**                         and am not under a court or administrative agency
Name of Court
order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

☐ 2. I am an accredited representative of the following named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board:

☐ 3. I am associated with
the attorney of record who previously filed a notice of appearance in this case and my appearance is at his request. *(If you check this item, also check item 1 or 2 whichever is appropriate.)*

☒ 4. Others (Explain fully.)
**IT IS RESPECTFULLY REQUESTED THAT IN CONFORMITY WITH PUBLIC LAW 90-83, 5 USC 500(f), 81 STAT. 195, THE UNDERSIGNED BE GIVEN NOTICE OF ALL COMMUNICATIONS, WRITTEN OR OTHERWISE, IN THIS CASE.**

| SIGNATURE | COMPLETE ADDRESS<br>**Kaplan, O'Sullivan & Friedman, LLP**<br>**10 Winthrop Square, 3rd Fl.**<br>**Boston          MA   02110** |
|---|---|
| NAME (Type or Print)<br>**Maureen O'Sullivan** | TELEPHONE NUMBER<br>**617- 482-4500        617-451-6828** |

*PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS:*

**Maureen O'Sullivan**

(Name of Attorney or Representative)

*THE ABOVE DISCLOSURE IS IN CONNECTION WITH THE FOLLOWING MATTER:*

**Any and all matters before the U.S. Immigration & Naturalization Services, and any other government agency, as it relates to this case.**

| Name of Person Consenting<br>**Angela Cheng-Cimini, Human Resources** | Signature of Person Consenting | Date<br>**11·06·04** |
|---|---|---|

(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.

This form may not be used to request records under the Freedom of Information Act or the Privacy Act. The manner of requesting such records is contained in 8CFR 103.10 and 103.20 Et.SEQ.

Form G-28 (09-26-00)Y

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | CASE TYPE I129 |
|---|---|
| EAC-04-107-51197 | PETITION FOR A NONIMMIGRANT WORKER |

| RECEIVED DATE | PRIORITY DATE | |
|---|---|---|
| March 1, 2004 | | PETITIONER |
| | | TIAX LLC |

| NOTICE DATE | PAGE | |
|---|---|---|
| March 2, 2004 | 1 of 1 | BENEFICIARY |
| | | BORAL, ANINDYA A. |

LAURIE B. RICCIO
LAW OFFICES OF RICHARD M COSTA
18 TREMONT STREET SUITE 601
BOSTON MA 02108

**Notice Type:**  Receipt Notice

Amount received: $ 130.00

The above application or petition has been received. It usually takes 90 to 150 days from the date of this receipt for us to process this type of case. Please notify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this case. You can also use the phone number (800) 375-5283 to obtain case status information direct from our automated system 24 hours a day with a touch tone phone and the receipt number for this case (at the top of this notice).

If you have other questions about possible immigration benefits and services, filing information, or Immigration and Naturalization Service forms, please call the INS National Customer Service Center (NCSC) at 1-800-375-5283. If you are hearing impaired, please call our TDD at 1-800-767-1833.

If you have access to the Internet, you can also visit INS at www.ins.usdoj.gov. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
Customer Service Telephone: (800) 375-5283



## THE UNITED STATES OF AMERICA

| RECEIPT NUMBER EAC-04-107-51258 | | CASE TYPE I539 APPLICATION TO EXTEND/CHANGE NONIMMIGRANT STATUS | |
|---|---|---|---|
| RECEIVED DATE March 1, 2004 | PRIORITY DATE | APPLICANT BORAL, JAYATI | |
| NOTICE DATE March 2, 2004 | PAGE 1 of 1 | | |

LAURIE B. RICCIO
LAW OFFICES OF RICHARD M COSTA
18 TREMONT STREET SUITE 601
BOSTON MA 02108

Notice Type:  Receipt Notice

Amount received: $ 140.00

The above application or petition has been received. It usually takes 60 to 90 days from the date of this receipt for us to process this type of case. Please notify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this case. You can also use the phone number (800) 375-5283 to obtain case status information direct from our automated system 24 hours a day with a touch tone phone and the receipt number for this case (at the top of this notice).

If you have any questions about possible immigration benefits and services, filing information, or immigration and naturalization service forms, please call the INS National Customer Service Center (NCSC) at 1-800-375-5283. If you are hearing impaired, please call our TDD at 1-800-767-1833.

If you have access to the Internet at www.bcis.gov. On our web site you can get up-to-date case status information on your case and valuable information about immigration services and benefits.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
Customer Service Telephone: (800) 375-5283



FedEx | Ship Manager | Label 7908 3365 5265              https://www.fedex.com/cgi-bin/ship_ag...5vOG6Zq7HhQx7GaZw...



From:    Origin ID:   (617)482-4500
Jim Crowley
KAPLAN O'SULLIVAN & FRIEDMAN
10 WINTHROP SQ FL 3
**BOSTON, MA 02110**

Ship Date: 17NOV04
Actual Wgt: 1 LB
System#: 2374736/INET2000
Account#: S ********
REF: Boral (new case) MOS/wo

**FedEx**
Express

**E**

CLS091404/05/06

Delivery Address Bar Code

SHIP TO:   (617)482-4500        **BILL SENDER**
**Premium Processing**
**Vermont Service Center**
**30 Houghton Street**

**St. Albans, VT 054782399**

**STANDARD OVERNIGHT**

TRK#    **7908  3365  5265**    FORM
0201

**05478**   -VT-US



**THU**
Deliver By:
18NOV04

**BTV**        AM

**ED MVLA**

Shipping Label: Your shipment is complete

1. Use the 'Print' feature from your browser to send this page to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.**

Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com. FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

1 of 1                                                                    11/17/2004 4:16 PM