AO 458 (Rev. 5/85) Appearance

# United States District Court

_____ DISTRICT OF _____

TIAX, LLC
ANINDYA BORAL, and
JAYATI BORAL
Plaintiffs,
v.

TOM RIDGE, as Secretary of Department of
Homeland Security;
EDUARDO AGUIRRE, JR. as Director of United States
Citizenship and Immigration Services (US CIS);
SANDRA T. BUSHEY, Acting Director of
Vermont Service Center of USCIS;
DEPARTMENT OF HOMELAND   SECURITY;
and ALL UNKNOWN GOVERNMENT AGENCIES
INVOLVED IN SECURITY CHECKS
FOR H-1B APPLICANTS
Defendants

**APPEARANCE**

CASE NUMBER: 04-12530 NG

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

TIAX, LLC
ANINDYA BORAL, and
JAYATI BORAL
Plaintiffs,

_____10/1/04_____                _____[signature]_____
Date                                      Signature

Print Name   Maureen O'Sullivan
             Kaplan O'Sullivan & Friedman
Address      10 Winthrop Square 3 rd Fl
             Boston, MA 02110
City                State              Zip Code

             617   482-4500
Phone Number