```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS

TIAX, LLC, ANINDYA BORAL, and     )
JAYATI BORAL,                     )
                                  )
           Plaintiffs,            )
                                  )
     v.                           )   CA NO. 04-12530-NG
                                  )
TOM RIDGE, as Secretary of        )
Department of Homeland Security,  )
ET AL.,                           )
                                  )
           Defendants.            )
```

NOTICE OF APPEARANCE

To the Clerk:

Please enter my appearance in the above-captioned case as counsel for the Defendants, Tom Ridge, Secretary of the Department of Homeland Security, Eduardo Aguirre, Jr., Director of the U.S. Citizenship and Immigration Services (USCIS), Sandra T. Bushley, Acting Director of Vermont Service Center of USCIS, the Department of Homeland Security, and "all unknown government agencies involved in security checks for H-1B applicants."

        Respectfully submitted,

        TOM RIDGE, Secretary of Department of Homeland Security, EDUARDO AQUIRRE, JR., Director of the U.S. Citizenship and Immigration Services (USCIS), SANDRA T. BUSHLEY, Acting Director of Vermont Service Center of USCIS, the DEPARTMENT OF HOMELAND SECURITY, and "ALL UNKNOWN GOVERNMENT AGENCIES INVOLVED IN SECURITY CHECKS FOR H-1B APPLICANTS",

        By Their Attorneys,

        MICHAEL J. SULLIVAN
        United States Attorney

By: /s/ Damian W. Wilmot
    Damian W. Wilmot
    Assistant U.S. Attorney
    John J. Moakley U.S. Courthouse
    1 Courthouse Way, Suite 9200
    Boston, MA  02210
    (617) 748-3398

CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served upon counsel for the plaintiff Maureen Sullivan, Esq., Kaplan O'Sullivan & Friedman LLP, 10 Winthrop Square, 3rd Floor, Boston, MA 02110, by first class, postage prepaid mail, on this date.

        /s/ Damian W. Wilmot
        Damian W. Wilmot
        Assistant U.S. Attorney

Dated: December 14, 2004