AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

TIAX, LLC
ANINDYA BORAL,
JAYATI BORAL
V.

TOM RIDGE, as Secretary of Department of Homeland Security;
EDUARDO AGUIRRE, JR. as Director of United States Citizenship and Immigration Services (US CIS);
SANDRA T. BUSHEY, Acting Director of Vermont Service Center of USCIS;
DEPARTMENT OF HOMELAND SECURITY;
and ALL UNKNOWN GOVERNMENT AGENCIES INVOLVED IN SECURITY CHECKS FOR H-1B APPLICANTS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04C 12530 NG

TO: (Name and address of Defendant)

Sandra T. Bushey, Interim Center Director
PREMIUM PROCESSING UNIT
USCIS
Vermont Service Center
30 Houghton Street
St. Albans, VT 05478-2399

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Maureen O'Sullivan
Counsel for Plaintiffs
Kaplan O' Sullivan & Friedman LLP
10 Winthrop Square 3rd Fl
Boston, MA 02110
(617) 482-4500

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



CLERK

DATE DEC 1 - 2004

(By) DEPUTY CLERK

≈AO 440 (Rev. 10/93) Summons in a Civil Action

04-12530-NG

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 12/4/04 |
| NAME OF SERVER *(PRINT)* Wanda P. Ortiz | TITLE Administrative Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): sent by certified mail with delivery confirmation by U.S. Postal Service (see attached)

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/14/04
              Date

*Signature of Server*

*Address of Server*

KAPLAN O'SULLIVAN & FRIEDMAN, LLP
10 WINTHROP SQUARE, THIRD FLOOR
BOSTON, MA 02110

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



# Track & Confirm

**Current Status**

You entered 7004 1350 0001 2126 7249

Your item was delivered at 2:07 pm on December 04, 2004 in SAINT ALBANS, VT 05478.

*Shipment Details >*

**Notification Options**

▸ **Track & Confirm by email**     What is this?     *Go >*

**Track & Confirm**

Enter label number:

**Track & Confirm FAQs**



POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services
Copyright © 1999-2002 USPS. All Rights Reserved. Terms of Use  Privacy Policy

http://trkcnfrm1.smi.usps.com/netdata-cgi/db2www/cbd_243.d2w/output                         12/14/2004