AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

TIAX, LLC
ANINDYA BORAL,
JAYATI BORAL
V.

TOM RIDGE, as Secretary of Department of Homeland Security;
EDUARDO AGUIRRE, JR. as Director of United States Citizenship and Immigration Services (US CIS);
SANDRA T. BUSHEY, Acting Director of Vermont Service Center of USCIS;
DEPARTMENT OF HOMELAND SECURITY;
and ALL UNKNOWN GOVERNMENT AGENCIES INVOLVED IN SECURITY CHECKS FOR H-1B APPLICANTS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04CV12530 NG

TO: (Name and address of Defendant)

U.S. Attorneys Office
U.S. Courthouse, Suite 9200
1 Courthouse Way
Boston, MA 02110

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Maureen O'Sullivan
Counsel for Plaintiffs
Kaplan O' Sullivan & Friedman LLP
10 Winthrop Square 3rd Fl
Boston, MA 02110
(617) 482-4500

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TOM ANASTAS
CLERK

(By) DEPUTY CLERK

DATE: DEC 1 — 2004

≈AO 440 (Rev. 10/93) Summons in a Civil Action

04-12530 NG

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 12/3/04 |
| NAME OF SERVER (PRINT) Wanda P. Ortiz | TITLE Adminstrative Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Sent by certified mail with delivery confirmation by U.S. Postal Service (See attached)

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   12/14/04         *Wanda P. Ortiz*
              Date              Signature of Server

              Address of Server
              KAPLAN O'SULLIVAN & FRIEDMAN, LLP
              10 WINTHROP SQUARE, THIRD FLOOR
              BOSTON, MA 02110

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.