AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

TIAX, LLC
ANINDYA BORAL,
JAYATI BORAL
V.

**SUMMONS IN A CIVIL CASE**

.TOM RIDGE, as Secretary of Department of
Homeland Security;
EDUARDO AGUIRRE, JR.as Director of United States
Citizenship and Immigration Services (US CIS);
SANDRA T. BUSHEY, Acting Director of
Vermont Service Center of USCIS;
DEPARTMENT OF HOMELAND SECURITY;
and ALL UNKNOWN GOVERNMENT AGENCIES
INVOLVED IN SECURITY CHECKS
FOR H-1B APPLICANTS

CASE NUMBER: 04CV12530 NG

TO: (Name and address of Defendant)

> Eduardo Aguirre, Director
> U.S. CIS
> 425 I Street, N.W.
> Washington, D.C. 20536

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

> Maureen O'Sullivan.
> Counsel for Plaintiffs
> Kaplan O' Sullivan & Friedman LLP
> 10 Winthrop Square 3rd Fl
> Boston, MA 02110
> (617) 482-4500

an answer to the complaint which is herewith served upon you, within_____days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TON ANASTAS

CLERK

DEC 1 – 2004

DATE

(By) DEPUTY CLERK

◦AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE 4 - 12530 NG

| Service of the Summons and complaint was made by me[1] | DATE 12/7/2004 |
|---|---|
| NAME OF SERVER *(PRINT)* Wanda P. Ortiz | TITLE Adminstrative Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☒ Other (specify): ___Sent by certified mail with delivery confirmed by U.S. Postal Service.___

_____

    ~~(See Attached)~~

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___12/14/04___      _Wanda_____
                           *Date*            *Signature of Server*

                                _____
                                *Address of Server*

**KAPLAN O'SULLIVAN & FRIEDMAN, LLP**
**10 WINTHROP SQUARE, THIRD FLOOR**
**BOSTON, MA 02110**

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.