AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____  District of  _____

TIAX, LLC
ANINDYA BORAL,
JAYATI BORAL
      V.

**SUMMONS IN A CIVIL CASE**

TOM RIDGE, as Secretary of Department of
Homeland Security;
EDUARDO AGUIRRE, JR.as Director of United States   CASE NUMBER:
Citizenship and Immigration Services (US CIS);
SANDRA T. BUSHEY, Acting Director of
Vermont Service Center of USCIS;
DEPARTMENT OF HOMELAND SECURITY;
and ALL UNKNOWN GOVERNMENT AGENCIES
INVOLVED IN SECURITY CHECKS
FOR H-1B  APPLICANTS

      TO: (Name and address of Defendant)

          Office of the General Counsel
          U.S. Department of Homeland Security
          Washington, D.C. 20258

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

          Maureen O'Sullivan
          Counsel for Plaintiffs
          Kaplan O' Sullivan & Friedman LLP
          10 Winthrop Square 3rd Fl
          Boston, MA 02110
          (617) 482-4500

an answer to the complaint which is herewith served upon you, within_____days after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period
of time after service.

TONY ANASTAS

  DEC 1 - 2004

CLERK                            DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 12/7/2004 |
| NAME OF SERVER *(PRINT)*<br>Wanda P. Ortiz | TITLE | Adminstrative Assistant |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  Sent by certified mail with delivery confirmed by U.S. Postal Service
    (See attached)

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    12/14/04
        *Date*

               *Wanda P. Ortiz*
               *Signature of Server*

_____
*Address of Server*

**KAPLAN O'SULLIVAN & FRIEDMAN, LLP**
**10 WINTHROP SQUARE, THIRD FLOOR**
**BOSTON, MA 02110**

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.


**UNITED STATES**
**POSTAL SERVICE**®

# Track & Confirm

### Shipment Details

You entered 7004 1350 0001 2126 7256

Your item was delivered at 7:29 am on December 07, 2004 in WASHINGTON, DC 20528.

Here is what happened earlier:

- ARRIVAL AT UNIT, December 07, 2004, 4:25 am, WASHINGTON, DC 20022

### Notification Options

▸ **Track & Confirm by email**    What is this?    *Go >*


POSTAL INSPECTORS
Preserving the Trust

**Track & Confirm**
Enter label number:

**Track & Confirm FAQs**

site map   contact us   government services
Copyright © 1999-2002 USPS. All Rights Reserved. Terms of Use  Privacy Policy