UNITED STATES DISTRICT COURT
BOSTON, MASSACHUSETTS

| | |
|---|---|
| TIAX, LLC<br>ANINDYA BORAL, and<br>JAYATI BORAL<br>Plaintiffs,<br><br>v.<br><br>TOM RIDGE, as Secretary of Department of<br>Homeland Security;<br>EDUARDO AGUIRRE, JR. as Director of United States<br>Citizenship and Immigration Services (US CIS);<br>SANDRA T. BUSHEY, Acting Director of<br>Vermont Service Center of USCIS;<br>DEPARTMENT OF HOMELAND SECURITY;<br>and ALL UNKNOWN GOVERNMENT AGENCIES<br>INVOLVED IN SECURITY CHECKS<br>FOR H-1B APPLICANTS<br>Defendants | MANDAMUS ACTION<br>FILE NO. 04-12530 NG<br><br>MOTION FOR SPEEDY<br>HEARING |

## MOTION FOR SPEEDY HEARING

Now come the Plaintiffs through counsel to request a speedy hearing in connection with this mandamus action. In support of this request the Plaintiff's state as follows:

1. Plaintiff, Anindya Boral, was compelled to stop working on December 1, 2004, because the H-1B petition, which is the subject of this mandamus action, has not been adjudicated. This means that he is currently living in the U.S. without any income.

2. In addition, he has let his apartment go and is staying with a friend. His current address is: 58 Magnolia St., Arlington, MA 02474. On information and belief, he let his apartment go because he had to stop work and is not receiving any income.

3. On information and belief he also sold his car and all of the furniture in his apartment for the same reasons, because his H-1B petition is not approved and he has had to stop work.

4. His wife, Plaintiff, Jayati Boral, returned to India on Sunday December 5, 2004, and is staying with her parents. On information and belief, she returned to the India due to the insecurity of their immigration status and financial situation caused by her husbands loss of work.

5. Plaintiff, TIAX LLC, the employer is currently unable to employ Mr. Boral because this H-1B petition is still pending. This is causing damage to the business for the reasons described in the original complaint.

6. The Defendant's have received a copy of the summons and complaint for declaratory and mandamus relief. This is evidenced by the attached receipts.

WHEREFORE: Given the increasing hardship to the Plaintiffs, they request an immediate hearing on this action.

RESPECTFULLY SUBMITTED this 15th day of December, 2004.

_____
Maureen O'Sullivan
Counsel for Plaintiffs
Kaplan O' Sullivan & Friedman LLP
10 Winthrop Square 3rd Fl
Boston, MA 02110
(617) 482-4500

## CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel of record in the foregoing matter with one copy of the foregoing Motion for Speedy Hearing by postage prepaid/hand delivery a copy of same as follows:

Eduardo Aguirre, Director
U.S. Citizenship and Immigration Services
425 I Street, N.W.
Washington, D.C. 20536

Tom Ridge, Secretary of Homeland Security
U.S. Department of Homeland Security
Nebraska Avenue Center, N.W.
Washington, D.C. 20508

Office of the General Counsel
U.S. Department of Homeland Security
Washington, D.C. 20258

Sandra T. Bushey, Interim Center Director
PREMIUM PROCESSING UNIT
USCIS
Vermont Service Center
30 Houghton Street
St. Albans, VT 05478-2399

U.S. Attorneys Office   (Hand Delivery) 12/15/04
U.S. Courthouse, Suite 9200
1 Courthouse Way
Boston, MA 02110


Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001


This  14th  day of December, 2004.

　　　　　　　　　　　　　　　　　　Maureen O'Sullivan
　　　　　　　　　　　　　　　　　　Counsel for Plaintiffs
　　　　　　　　　　　　　　　　　　Kaplan O' Sullivan & Friedman LLP
　　　　　　　　　　　　　　　　　　10 Winthrop Square 3rd Fl
　　　　　　　　　　　　　　　　　　Boston, MA 02110
　　　　　　　　　　　　　　　　　　(617) 482-4500