UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TIAX, LLC, ANINDY A. BORAL, and JAYATI BORAL, Plaintiffs, v. TOM RIDGE, as Secretary of Department of Homeland Security, et al., Defendants. | C.A. No. 04-12530-NG |

GERTNER, D.J.:

**ORDER TO COMPEL ADJUDICATION OF H1-B PETITION**

Having failed to show cause for the delay in adjudicating petitioners' H1-B petition, and pursuant to 28 U.S.C. § 1361, the Court hereby orders defendant to adjudicate plaintiffs' H1-B petition and applications for extensions of stay on or before December 29, 2004.

If defendant fails to adjudicate said petition and applications by December 29, 2004, this Court will hold a contempt hearing on December 29, 2004, at 3:00 pm.

**SO ORDERED.**

**Dated: December 22, 2004**          s/ NANCY GERTNER, U.S.D.J.