UNITED STATES DISTRICT COURT
BOSTON, MASSACHUSETTS

TIAX, LLC                                          )
ANINDYA BORAL, and                                 )
JAYATI BORAL                                       )
Plaintiffs,                                        )
                                                   )
                                                   )
        v.                                         )
                                                   )
                                                   )        MANDAMUS ACTION
TOM RIDGE, as Secretary of Department              )        FILE NO. 04-12530 NG
of Homeland Security;                              )
EDUARDO AGUIRRE, JR.as Director                    )
of United States Citizenship and                   )
Immigration Services (US CIS);                     )
SANDRA T. BUSHEY, Acting Director                  )
of Vermont Service Center of USCIS;                )
DEPARTMENT OF HOMELAND                             )
SECURITY; and ALL UNKNOWN                          )
GOVERNMENT AGENCIES INVOLVED                       )
IN SECURITY CHECKS FOR H-1B                        )
APPLICANTS                                         )
Defendants                                         )
                                                   )

## MOTION TO DISMISS

Now come the Plaintiffs through counsel to request that this case be dismissed. Plaintiffs filed this mandamus action to compel the adjudication of the pending H-1B petition. Last week, the court scheduled a hearing on this matter for December 27, 2004. Defendants have since approved the H-1B petition on December 23, 2004.

WHEREFORE: the mandamus is no longer necessary. Thank you.

RESPECTFULLY SUBMITTED this 27th day of December, 2004.

/s/ Maureen O'Sullivan
Maureen O'Sullivan
Counsel for Plaintiffs
Kaplan O' Sullivan & Friedman LLP
10 Winthrop Square 3rd Fl
Boston, MA 02110 , (617) 482-4500

CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel of record in the foregoing matter with one copy of the foregoing  Motion to Dismiss  by postage prepaid and electronic filing a copy of same as follows:

> Damian M. Wilmot
> Assistant U.S. Attorney
> John J. Moakley U.S. Courthouse
> Suite 9200
> 1 Courthouse Way
> Boston, MA 02110
> damian.wilmot@usdoj.gov

This 27th day of December, 2004.

s/s Maureen O'Sullivan
Maureen O'Sullivan
Counsel for Plaintiffs
Kaplan O' Sullivan & Friedman LLP
10 Winthrop Square 3rd Fl
Boston, MA 02110
(617) 482-4500

U.S. Department of Justice
Immigration and Naturalization Service

# Notice of Action

## THE UNITED STATES OF AMERICA

| RECEIPT NUMBER EAC-04-107-51197 | | CASE TYPE I129 PETITION FOR A NONIMMIGRANT WORKER |
|---|---|---|
| RECEIPT DATE March 2, 2004 | PRIORITY DATE | PETITIONER TIAX LLC |
| NOTICE DATE December 23, 2004 | PAGE 1 of 1 | BENEFICIARY BORAL, ANINDYA A. |

| | |
|---|---|
| LAURIE B. RICCIO<br>LAW OFFICES OF RICHARD M COSTA<br>16 TREMONT STREET SUITE 601<br>BOSTON MA 02108 | Notice Type: Approval Notice<br>Class: H1B<br>Valid from 04/06/2004 to 01/04/2006<br>Consulate: |

The above petition and extension of stay have been approved. The status of the named foreign worker(s) in this classification is valid as indicated above. The foreign worker(s) can work for the petitioner, but only as detailed in the petition and for the period authorized. Any change in employment requires a new petition. Since this employment authorization stems from the filing of this petition, separate employment authorization documentation is not required. Please contact the IRS with any questions about tax withholding.

The petitioner should keep the upper portion of this notice. The lower portion should be given to the worker. He or she should keep the right part with his or her Form I-94, *Arrival-Departure Record*. This should be turned in with the I-94 when departing the U.S. The left part is for his or her records. A person granted an extension of stay who leaves the U.S. must normally obtain a new visa before returning. The left part can be used in applying for the new visa. If a visa is not required, he or she should present it, along with any other required documentation, when applying for reentry in this new classification at a port of entry or pre-flight inspection station. The petitioner may also file Form I-824, *Application for Action on an Approved Application or Petition*, with this office to request that we notify a consulate, port of entry, or pre-flight inspection office of this approval.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
Customer Service Telephone: (800) 375-5283

Form I797A (Rev. 09/07/93)N

---

PLEASE TEAR OFF FORM I-94 PRINTED BELOW, AND STAPLE TO ORIGINAL I-94 IF AVAILABLE

Detach This Half for Personal Records

Receipt # EAC-04-107-51197
I-94# 090896951 10
NAME BORAL, ANINDYA A.
CLASS H1B

VALID FROM 04/06/2004 UNTIL 01/04/2006

PETITIONER: TIAX LLC
              15 ACORN PARK
              CAMBRIDGE MA 02140

090896951 10

Receipt Number EAC-04-107-51197
Immigration and
Naturalization Service
I-94
Departure Record     Petitioner: TIAX LLC

| 14. Family Name BORAL | |
|---|---|
| 15. First (Given) Name ANINDYA | 16. Date of Birth 12/29/1974 |
| 17. Country of Citizenship INDIA | |

Form I797A (Rev. 09/07/93)N

U.S. Department of Justice
Immigration and Naturalization Service

# Notice of Action

## THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | | CASE TYPE I539 |
|---|---|---|
| EAC-04-107-51258 | | APPLICATION TO EXTEND/CHANGE NONIMMIGRANT STATUS |

| RECEIPT DATE | PRIORITY DATE | APPLICANT |
|---|---|---|
| March 2, 2004 | | BORAL, JAYATI |

| NOTICE DATE | PAGE | BENEFICIARY |
|---|---|---|
| December 23, 2004 | 1 of 1 | BORAL, JAYATI |

LAURIE B. RICCIO
LAW OFFICES OF RICHARD M COSTA
18 TREMONT STREET SUITE 601
BOSTON MA 02108

Notice Type:  Approval Notice
Class: H4
Valid from 04/06/2004 to 01/04/2006

The above application for extension of stay is approved. The temporary stay of the named applicant(s) is authorized to the date shown above.

The nonimmigrant status of the applicant(s) is based on the separate nonimmigrant status held by a principal alien's authorized employment in the United States.

The applicant must keep the lower portion with his or her previous Form I-94, Departure Record. It must be presented when requested by INS. The person must turn in his or her I-94 when leaving the United States.

Please read the back of this form carefully for more information.

THIS FORM IS NOT A VISA NOR MAY IT BE USED IN PLACE OF A VISA.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

IMMIGRATION & NATURALIZATION SERVICE
VERMONT SERVICE CENTER
75 LOWER WELDEN STREET
SAINT ALBANS VT 05479-0001
Customer Service Telephone: (800) 375-5283

Form I797A (Rev. 09/07/93)N

---

PLEASE TEAR OFF FORM I-94 PRINTED BELOW, AND STAPLE TO ORIGINAL I-94 IF AVAILABLE

Detach This Half for Personal Records

Receipt # EAC-04-107-51258
I-94# 090277862 10
NAME BORAL, JAYATI
CLASS H4
VALID FROM 04/06/2004 UNTIL 01/04/2006

PETITIONER: BORAL, JAYATI
            25 LINDEN AVENUE 12
            SOMERVILLE MA 02143

090277862 10

Receipt Number EAC-04-107-51258
Immigration and
Naturalization Service
I-94
Departure Record          Petitioner:

| 14. Family Name | | |
|---|---|---|
| BORAL | | |
| 15. First (Given) Name | | |
| JAYATI | | 16. Date of Birth |
| 17. Country of Citizenship | | 11/28/1979 |
| INDIA | | |